Richard T. Drury (SBN 163559)
richard@lozeaudrury.com
Rebecca Davis (SBN 271662)
rebecca@lozeaudrury.com
**LOZEAU DRURY LLP**
1939 Harrison St., Suite 150
Oakland, CA 94607
Telephone: (510) 836-4200
Facsimile: (510) 836-4205

[Additional counsel appearing on signature page]

*Attorneys for Plaintiff and the Alleged Classes*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING, INC, a California corporation, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TOTAL MERCHANT SERVICES, INC., a Delaware corporation<br><br>Defendant. | Case No. 3:19-cv-05711-EMC<br><br>**CERTIFICATE OF SERVICE** |

Plaintiff Abante Rooter and Plumbing, Inc. ("Plaintiff") hereby certifies that on October 2, 2019, through counsel, it served the following: (1) the Court's September 30, 2019 Case Management Conference Order, (2) Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement, (3) the Court's Civil Standing Order – General, and (4) the Court's Civil Standing Order on Discovery. Plaintiff's counsel served the orders upon counsel for Defendant Total Merchant Services, Inc. ("Defendant"), Beth-Ann Krimsky, Greenspoon Marder, LLP, 200 East Broward Boulevard, Suite 1800, Fort Lauderdale, Florida 33301. Ms. Krimsky represented that she was authorized to accept served on behalf of the

1 | Defendant.

Respectfully submitted,

ABANTE ROOTER AND PLUMBING, INC.,

Dated: October 8, 2019

By: __/s/*Rebecca L. Davis*__
    One of Plaintiff's Attorneys

Richard T. Drury (SBN 163559)
richard@lozeaudrury.com
Rebecca Davis (SBN 271662)
rebecca@lozeaudrury.com
**LOZEAU DRURY LLP**
1939 Harrison St., Suite 150
Oakland, CA 94612
Telephone: (510) 836-4200
Facsimile: (510) 836-4205

Steven L. Woodrow*
swoodrow@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

*Counsel for Plaintiff and the Putative Classes*

*Pro Hac Vice application to be filed

**CERTIFICATE OF SERVICE**

I, Rebecca L. Davis, an attorney, hereby certify that on October 8, 2019, I caused the above and foregoing papers to be served upon counsel of record by filing such papers via the Court's ECF system.

/s/*Rebecca L. Davis*