1  GREENSPOON MARDER LLP
   BETH-ANN KRIMSKY (*pro hac vice admission*)
2  beth-ann.krimsky@gmlaw.com
   LAWREN A. ZANN (*pro hac vice admission*)
3  lawren.zann@gmlaw.com
   200 East Broward Blvd., Suite 1800
4  Fort Lauderdale, FL 33301
   Telephone: 954.527.2427
5  Facsimile: 954.333.4027

6  NOSSAMAN LLP
   JAMES H. VORHIS (SBN 245034)
7  jvorhis@nossaman.com
   50 California Street, 34th Floor
8  San Francisco, CA 94111
   Telephone:    415.398.3600
9  Facsimile:    415.398.2438

10 Attorneys for Defendant TOTAL MERCHANT SERVICES, LLC

11                   UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING, INC, a California corporation, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TOTAL MERCHANT SERVICES, LLC., a Delaware limited liability company,<br><br>Defendant. | Case No:  3:19-cv-05711-EMC<br><br>**DEFENDANT TOTAL MERCHANT SERVICES, LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Date Action Filed: September 11, 2019 |

Case No. 3:19-cv-05711-EMC
DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
57222554.v1

1  Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons,
2 associations of persons, firms, partnerships, corporations (including parent corporations) or other
3 entities (i) have a financial interest in the subject matter in controversy or in a party to the
4 proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5 substantially affected by the outcome of this proceeding:

- NAB-TMS, LLC

Date: November 12, 2019

NOSSAMAN LLP
JAMES H. VORHIS

By: /s/ James H. Vorhis
   James H. Vorhis

Attorneys for Defendant TOTAL MERCHANT SERVICES, LLC