GREENSPOON MARDER LLP
BETH-ANN KRIMSKY (*pro hac vice admission*)
beth-ann.krimsky@gmlaw.com
LAWREN A. ZANN (*pro hac vice admission*)
lawren.zann@gmlaw.com
200 East Broward Blvd., Suite 1800
Fort Lauderdale, FL 33301
Telephone: 954.527.2427
Facsimile: 954.333.4027

NOSSAMAN LLP
JAMES H. VORHIS (SBN 245034)
jvorhis@nossaman.com
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone:    415.398.3600
Facsimile:    415.398.2438

Attorneys for Defendant TOTAL MERCHANT SERVICES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING, INC, a California corporation, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TOTAL MERCHANT SERVICES, LLC., a Delaware limited liability company,<br><br>Defendant. | Case No: 3:19-cv-05711-EMC<br><br>**DEFENDANT TOTAL MERCHANT SERVICES, LLC'S DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS AND CORPORATE STATEMENT**<br><br>Date Action Filed: September 11, 2019 |

Defendant Total Merchant Services, LLC ("TMS"), through the undersigned, and pursuant to Civ. L.R. 3-15 and Fed. R. Civ. P. 7.1, discloses the following:

**A. <u>Non-Party Interested Entities or Persons</u>**

The following persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities other than the parties themselves known by the party to have either: (i) a financial interest of any kind in the subject matter in controversy or in a party to the proceedings; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding:

- NAB-TMS, LLC

**B. <u>Corporate Disclosure Statement</u>**

Pursuant to Fed. R. Civ. P. 7.1, TMS further discloses that Total Merchant Services, LLC is a non-governmental party. The parent company of TMS is NAB-TMS, LLC. There are no publicly held companies that own 10% or more of TMS' stock.

A supplemental disclosure will be filed upon any change in the information provided herein.

Date:  November 12, 2019

NOSSAMAN LLP
JAMES H. VORHIS

By: /s/ James H. Vorhis
       James H. Vorhis

Attorneys for Defendant TOTAL MERCHANT SERVICES, LLC