1  GREENSPOON MARDER LLP
   BETH-ANN KRIMSKY (*pro hac vice admission*)
2  beth-ann.krimsky@gmlaw.com
   LAWREN A. ZANN (*pro hac vice admission*)
3  lawren.zann@gmlaw.com
   200 East Broward Blvd., Suite 1800
4  Fort Lauderdale, FL 33301
   Telephone: 954.527.2427
5  Facsimile: 954.333.4027

6  NOSSAMAN LLP
   JAMES H. VORHIS (SBN 245034)
7  jvorhis@nossaman.com
   50 California Street, 34th Floor
8  San Francisco, CA 94111
   Telephone:   415.398.3600
9  Facsimile:   415.398.2438

10 Attorneys for Defendant TOTAL MERCHANT SERVICES, INC.

11                         UNITED STATES DISTRICT COURT

12                        NORTHERN DISTRICT OF CALIFORNIA

13 | ABANTE ROOTER AND PLUMBING, INC, a California corporation, individually and on behalf of all others similarly situated, | Case No:  3:19-cv-05711-EMC |
|---|---|
| Plaintiff, | **MOTION FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE** |
| vs. | Date:       January 2, 2020<br>Time:       9:30 a.m.<br>Location:   Courtroom 5, 17th Floor |
| TOTAL MERCHANT SERVICES, LLC., a Delaware limited liability company, | Date Action Filed: September 11, 2019 |
| Defendant. | |

**TO THE CLERK, PLAINTFF, AND ITS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the following attorneys request to appear by telephone on behalf of Defendant TOTAL MERCHANT SERVICES, LLC ("Defendant") at the Case Management Conference currently set for January 2, 2020, at 9:30 a.m. before the Honorable Edward M. Chen:

>BETH-ANN E. KRIMSKY (admitted pro hac vice)
>beth-ann.krimsky@gmlaw.com
>LAWREN A. ZANN (admitted pro hac vice)
>lawren.zann@gmlaw.com
>Greenspoon Marder, LLP
>200 East Broward Blvd., Suite 1800
>Fort Lauderdale, FL 33301
>Telephone:   (954) 527-2427
>Facsimile:    (954) 333-4027

As Ms. Krimsky and Mr. Zann reside in Florida and with no other hearing in this geographic area for which they are required to appear, Ms. Krimsky and Mr. Zann would face undue hardship, both in terms of time and costs, if they were required to travel from Florida, to attend the Case Management Conference.  Local counsel, James H. Vorhis of Nossaman LLP, will attend this Case Management Conference in person.  Accordingly, Defendant respectfully requests leave for its counsel, Beth-Ann E. Krimsky and Lawren Zann, to appear telephonically at the Case Management Conference currently set for January 2, 2020, at 9:30 a.m.

Date:    December 12, 2019

NOSSAMAN LLP
JAMES H. VORHIS

By: /s/ James H. Vorhis
James H. Vorhis

Attorneys for Defendant TOTAL MERCHANT SERVICES, INC.

- 1 -   Case No. 3:19-cv-05711-EMC
MOTION FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE
57268574.v1