GREENSPOON MARDER LLP
BETH-ANN KRIMSKY (*pro hac vice admission*)
beth-ann.krimsky@gmlaw.com
LAWREN A. ZANN (*pro hac vice admission*)
lawren.zann@gmlaw.com
200 East Broward Blvd., Suite 1800
Fort Lauderdale, FL 33301
Telephone: 954.527.2427
Facsimile: 954.333.4027

NOSSAMAN LLP
JAMES H. VORHIS (SBN 245034)
jvorhis@nossaman.com
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone:   415.398.3600
Facsimile:   415.398.2438

Attorneys for Defendant TOTAL MERCHANT SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING, INC, a California corporation, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TOTAL MERCHANT SERVICES, LLC., a Delaware limited liability company,<br><br>Defendant. | Case No:  3:19-cv-05711-EMC<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**<br><br>Date:         January 2, 2020<br>Time:        9:30 a.m.<br>Location:   Courtroom 5, 17th Floor<br><br>Date Action Filed: September 11, 2019 |

Case No. 3:19-cv-05711-EMC
[PROPOSED] ORDER GRANTING MOTION FOR TELEPHONIC APPEARANCE AT CMC
57268583.v1

**IT IS HEREBY ORDERED:**

Counsel for Defendant TOTAL MERCHANT SERVICES, INC., Beth-Ann Krimsky and Lawren Zann of Greenspoon Marder, LLP, may appear telephonically for the Case Management Conference set for January 2, 2020 at 9:30 a.m.  The Court will initiate the call to Ms. Krimsky and Mr. Zann at the following number: (954) 527-2427.

DATED:  December __, 2019

_____
HON. EDWARD M. CHEN