Richard T. Drury (SBN 163559)
richard@lozeaudrury.com
Rebecca Davis (SBN 271662)
rebecca@lozeaudrury.com
**LOZEAU DRURY LLP**
1939 Harrison St., Suite 150
Oakland, CA 94607
Telephone: (510) 836-4200
Facsimile: (510) 836-4205

[Additional counsel appearing on signature page]

*Attorneys for Plaintiff and the Alleged Classes*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING, INC, a California corporation, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TOTAL MERCHANT SERVICES, INC., a Delaware corporation<br><br>Defendant. | Case No. 3:19-cv-05711-EMC<br><br>**MOTION FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**<br><br>Date: January 2, 2020<br>Time: 9:30 a.m.<br>Location: Courtroom 5, 17th Floor<br><br>Complaint Filed: September 11, 2019 |

Pursuant to Local Civ. Rule 16-10(a), Plaintiff Abante Rooter and Plumbing, Inc. ("Plaintiff") hereby respectfully requests that the Court permit Plaintiff's counsel to appear telephonically at the Case Management Conference scheduled for January 2, 2020, at 9:30 a.m. before the Honorable Edward M. Chen. Patrick H. Peluso, counsel for Plaintiff, resides in Denver, Colorado, and considerable travel expense can be avoided if counsel is permitted to appear by telephone. Therefore, Plaintiff respectfully requests leave for its counsel, Patrick H. Peluso, to appear telephonically at the Case Management Conference scheduled for January 2, 2020, at 9:30

1

a.m.

Respectfully submitted,

ABANTE ROOTER AND PLUMBING, INC.,

Dated: December 13, 2019    By:  /s/ Patrick H. Peluso
                                 One of Plaintiff's Attorneys

Richard T. Drury (SBN 163559)
richard@lozeaudrury.com
Rebecca Davis (SBN 271662)
rebecca@lozeaudrury.com
**LOZEAU DRURY LLP**
410 12th Street, Suite 250
Oakland, CA 94607
Telephone: (510) 836-4200
Facsimile: (510) 836-4205

Steven L. Woodrow*
swoodrow@woodrowpeluso.com
Patrick H. Peluso*
ppeluso@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

*Counsel for Plaintiff and the Putative Classes*

*Pro Hac Vice

**CERTIFICATE OF SERVICE**

I, Patrick H. Peluso, an attorney, hereby certify that on December 13, 2019, I caused the above and foregoing papers to be served upon counsel of record by filing such papers via the Court's ECF system.

/s/ Patrick H. Peluso