1
2
3
4
5
6
7

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING, INC, a California corporation, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Case No. 3:19-cv-05711-EMC |
| v. | **[PROPOSED] ORDER GRANTING MOTION FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE** |
| TOTAL MERCHANT SERVICES, INC., a Delaware corporation | |
| Defendant. | Date: January 2, 2020 Time: 9:30 a.m. Location: Courtroom 5, 17th Floor |
| | Complaint Filed: September 11, 2019 |

The Court, having considered the moving papers and for good cause appearing, hereby orders that Patrick H. Peluso, counsel for Plaintiff Abante Rooter and Plumbing, Inc., may appear telephonically for the Case Management Conference set for January 2, 2020, at 9:30 a.m. Counsel shall contact the Courtroom Deputy at 415-522-2034 to arrange for appearance by telephone.

DATED: December __, 2019

_____
HON. EDWARD M. CHEN

1