# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** January 2, 2020     **Time:** 9:42-9:50 = 8 Minutes     **Judge:** EDWARD M. CHEN

**Case No.**: 19-cv-05711-EMC     **Case Name:** Abante Rooter and Plumbing, Inc. v. Total Merchant Services, LLC

**Attorney for Plaintiff:** Patrick Peluso (Court Call)
**Attorneys for Defendant:** James Vorhis (present); Lawrence Zann (Court Call)

**Deputy Clerk:** Angella Meuleman     **Court Reporter:** Not Reported

## PROCEEDINGS

Initial Case Management Conference - held

## SUMMARY

Discovery/ADR: Plaintiff's discovery to focus on size and scope of alleged class; defense of prior consent and involvement of third-party callers.

Court ordered the parties to meet and confer regarding preparation of stipulated timeline as discussed leading to class certification motion filed by 8/13/2020 and preceded by ADR. ADR schedule to be incorporated into this proposed scheduling order. Parties to file stip by 1/12/2020.

Deadline for Motion for Class Certification is 8/13/2020; hearing date set September 24, 2020 at 1:30 p.m.

CASE CONTINUED TO: **April 23, 2020, at 10:30 A.M., for Further Case Management Conference. Parties may appear by telephone.** Parties shall file a joint CMC statement at least seven days prior to the next hearing.