UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING, INC., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TOTAL MERCHANT SERVICES, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 3:19-cv-05711-EMC<br><br>**JOINT PROPOSED SCHEDULING ORDER** |

Plaintiff Abante Rooter and Plumbing, Inc. ("Plaintiff") and Defendant Total Merchant Services, LLC ("Defendant") (collectively Plaintiff and Defendant are referred to as the "Parties") jointly submit this proposed scheduling order in accordance with the Court's January 2, 2020 Order.

The Parties propose the following case schedule. The Parties agree on all dates except for the deadline to join other parties and to amend the pleadings.

| EVENT | DATE |
|---|---|
| Deadline to join other parties and to amend the pleadings | Plaintiff's proposal:   April 13, 2020<br>Defendant's proposal: February 17, 2020 |

1

| | |
|---|---|
| Deadline to exchange Fed. R. Civ. P. 26(a)(2) expert witness disclosures | <u>Plaintiff</u>:    June 25, 2020<br><u>Defendant</u>:    August 20, 2020 |
| Deadline for Plaintiff to file motion for class certification | August 13, 2020 |
| Deadline to complete class discovery, including class expert discovery | August 28, 2020 |
| Deadline for Defendant to file response to motion for class certification | September 3, 2020 |
| Deadline for Plaintiff to file reply in support of class certification | September 10, 2020 |
| Hearing regarding motion for class certification | September 24, 2020 |
| Deadline to complete ADR process | July 30, 2020 |

Dated: January 13, 2020         /s/ Patrick H. Peluso
                                Counsel for Plaintiff
                                Richard T. Drury (SBN: 163559)
                                Lozeau Drury LLP
                                410 12th Street, Suite 250
                                Oakland, CA 94607
                                Tel: 510-836-4200
                                Richard@lozeaudrury.com

                                Steven L. Woodrow (*pro hac vice*)
                                Patrick H. Peluso (*pro hac vice*)
                                Woodrow & Peluso, LLC
                                3900 East Mexico Ave., Suite 300
                                Denver, Colorado 90210
                                Tel: 720-213-0675
                                swoodrow@woodrwopeluso.com
                                ppeluso@woodrowpeluso.com

| | |
|---|---|
| Dated:  January 13, 2020 | /s/ Lawren A. Zann |
| | Counsel for Defendant |
| | Beth-Ann E. Krimsky (*pro hac vice admission*) |
| | Lawren A. Zann (*pro hac vice admission*) |
| | GREENSPOON MARDER LLP |
| | 200 East Broward Blvd., Suite 1800 |
| | Fort Lauderdale, FL 33301 |
| | Tel: 954.527.2427 |
| | Fax: 954.333.4027 |
| | beth-ann.krimsky@gmlaw.com |
| | lawren.zann@gmlaw.com |

**SIGNATURE CERTIFICATION**

Pursuant to Civil L.R. 5-1(i)(3) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained authorization to affix his or her electronic signature to this document.

By:   s/ Patrick H. Peluso
           Patrick H. Peluso

3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above papers was served upon counsel of record by filing such papers via the Court's ECF system on January 13, 2020.

/s/ Patrick H. Peluso