**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING, INC., individually and on behalf of all others similarly situated, | Case No. 3:19-cv-05711-EMC |
| Plaintiff, | **JOINT ~~PROPOSED~~ SCHEDULING ORDER** |
| v. | |
| TOTAL MERCHANT SERVICES, LLC, a Delaware limited liability company, | |
| Defendant. | |

Plaintiff Abante Rooter and Plumbing, Inc. ("Plaintiff") and Defendant Total Merchant Services, LLC ("Defendant") (collectively Plaintiff and Defendant are referred to as the "Parties") jointly submit this proposed scheduling order in accordance with the Court's January 2, 2020 Order.

The Parties propose the following case schedule. The Parties agree on all dates except for the deadline to join other parties and to amend the pleadings.

| EVENT | DATE |
|---|---|
| Deadline to join other parties and to amend the pleadings | ~~Plaintiff's proposal:      April 13, 2020~~<br>~~Defendant's proposal:~~ February 17, 2020 |

| Deadline to exchange Fed. R. Civ. P. 26(a)(2) expert witness disclosures | Plaintiff:      June 25, 2020<br>~~Defendant:   August 20, 2020~~ |
|---|---|
| Deadline for Plaintiff to file motion for class certification | August 13, 2020 |
| Deadline to complete class discovery, including class expert discovery | August  28, 2020 |
| Deadline for Defendant to file response to motion for class certification | September 3, 2020 |
| Deadline for Plaintiff to file reply in support of class certification | September 10, 2020 |
| Hearing regarding motion for class certification | September 24, 2020 |
| Deadline to complete ADR process | July 30, 2020 |

Dated: January 13, 2020          /s/ Patrick H. Peluso
                                 Counsel for Plaintiff
                                 Richard T. Drury (SBN: 163559)
                                 Lozeau Drury LLP
                                 410 12th Street, Suite 250
                                 Oakland, CA 94607
                                 Tel: 510-836-4200
                                 Richard@lozeaudrury.com

                                 Steven L. Woodrow (*pro hac vice*)
                                 Patrick H. Peluso (*pro hac vice*)
                                 Woodrow & Peluso, LLC
                                 3900 East Mexico Ave., Suite 300
                                 Denver, Colorado 90210
                                 Tel: 720-213-0675
                                 swoodrow@woodrwopeluso.com
                                 ppeluso@woodrowpeluso.com

Dated:  January 13, 2020

/s/ Lawren A. Zann

Counsel for Defendant
Beth-Ann E. Krimsky (*pro hac vice admission*)
Lawren A. Zann (*pro hac vice admission*)
GREENSPOON MARDER LLP
200 East Broward Blvd., Suite 1800
Fort Lauderdale, FL 33301
Tel: 954.527.2427
Fax: 954.333.4027
beth.ann.krimsky@gmlaw.com
lawren.zann@gmlaw.com

GRANTED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dated: January 14, 2020

## SIGNATURE CERTIFICATION

Pursuant to Civil L.R. 5-1(i)(3) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained authorization to affix his or her electronic signature to this document.

By:      s/ Patrick H. Peluso
         Patrick H. Peluso