## Proof of Service

| Case:<br>3:19-cv-05711 JCS | Court:<br>United States District Court for the Northern District of California | County:<br>, CA | Job:<br>4294745 (6309-01) |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Abante Rooter and Plumbing, Inc. | | Defendant / Respondent:<br>Total Merchant Services, LLC | |
| Received by:<br>Inservio3 | | For:<br>Woodrow & Peluso LLC | |
| To be served upon:<br>Triumph Merchant Solutions, LLC | | | |

I, Melissa Peraza, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Triumph Merchant Solutions, LLC, Marisa "Doe", 105 West F Street, 3rd Floor, San Diego, CA 92101
**Manner of Service:** Authorized, Feb 13, 2020, 3:24 pm PST
**Documents:** Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action
**Witness fees were offered or demanded and paid:**

**Additional Comments:**
1) Successful Attempt: Feb 13, 2020, 3:24 pm PST at 105 West F Street, 3rd Floor, San Diego, CA 92101 received by Triumph Merchant Solutions, LLC, Marisa "Doe".

**Person serving:**
a. [ ] Not a registered California process server.
b. [ ] California sheriff or marshal.
c. [X] Registered California process server.
d. [ ] Employee or independent contractor of a registered California process server.
e. [ ] Exempt from registration under Business and Professions Code section 22350(b).
f. [ ] Registered professional photocopier.
g. [ ] Exempt from registration under Business and Professions Code section 22451.
h. Name, address, telephone number, and, if applicable, county of registration and number:
  Melissa Peraza
  Inservio3
  18013 Sky Park Circle, Suite C
  Irvine CA 92614
  (949) 777-5496

_Melissa C. Peraza_   02-14-20
Melissa Peraza         Date