UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING, INC., <br><br> Plaintiff, <br><br> v. <br><br> TOTAL MERCHANT SERVICES, LLC, <br><br> Defendant. | Case No. 19-cv-05711-EMC   (TSH) <br><br> **NOTICE OF REFERRAL FOR DISCOVERY** |

This case has been referred to the undersigned magistrate judge for all discovery-related matters. The parties must comply with the undersigned's Discovery Standing Order, which is available on the Court's website at https://cand.uscourts.gov/tsh/standing-orders. A copy is included with this notice. Please contact the Courtroom Deputy Clerk, Rose Maher, at (415) 522-4708 with any questions.

**IT IS SO ORDERED.**

Dated: 6/22/2020

THOMAS S. HIXSON
United States Magistrate Judge