**OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Northern District of California**

**CIVIL MINUTES**

| | | |
|---|---|---|
| **Date:** June 25, 2020 | **Time:** 10:26-10:34= 8 Minutes | **Judge:** EDWARD M. CHEN |
| **Case No.**: 19-cv-05711-EMC | **Case Name:** Abante Rooter and Plumbing, Inc. v. Total Merchant Services, LLC | |

**Attorney for Plaintiff:** Taylor Smith
**Attorney for Defendant:** Lawren Zann

**Deputy Clerk:** Angella Meuleman                **Court Reporter:** Marla Knox

**PROCEEDINGS HELD BY ZOOM WEBINAR**

Further Case Management Conference held.

**SUMMARY**

Parties stated appearances.

Parties requested extension of Class Certification deadlines by 90 days. Court granted. Documents from third party to be produced within 2 weeks. Mediation to be completed by August 31, 2020. Parties promptly to take all steps necessary to prepare for meaningful mediation.

Amended Scheduling Order to issue.

**Further Case Management Conference set 9/24/2020 at 10:30 a.m. Joint cmc statement due 9/17/2020.**