UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING, INC., <br><br> Plaintiff, <br><br> v. <br><br> TOTAL MERCHANT SERVICES, LLC, <br><br> Defendant. | Case No. 19-cv-05711-EMC <br><br> **AMENDED SCHEDULING ORDER** <br><br> Docket No. 37 |

Pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10, THE FOLLOWING DEADLINES ARE HEREBY ORDERED:

| | |
|---|---|
| Class Certification Hearing | 1/7/2021 at 1:30 p.m. before Judge Edward M. Chen |
| Class Certification Reply | 12/9/2020 |
| Class Certification Opposition | 12/2/2020 |
| Non-expert Class Factual Discovery | 11/27/2020 |
| Class Certification Motion to be filed by | 11/11/2020 |
| Mediation Deadline Extended to | 8/31/2020 |

**IT IS SO ORDERED**.

Dated: 6/26/2020

_____
EDWARD M. CHEN
United States District Judge