# Exhibit A

1   Richard T. Drury (SBN 163559)
    richard@lozeaudrury.com
2   Rebecca Davis (SBN 271662)
    rebecca@lozeaudrury.com
3   LOZEAU DRURY LLP
    1939 Harrison St., Suite 150
4   Oakland, CA 94607
    Telephone: (510) 836-4200
5   Facsimile: (510) 836-4205

6   [Additional counsel appearing on signature page]

7   *Attorneys for Plaintiff and the Alleged Classes*

8

9                     **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11

12   ABANTE ROOTER AND PLUMBING,                  Case No. 3:19-cv-05711-EMC
     INC., individually and on behalf of all others
13   similarly situated,                          **DECLARATION OF TAYLOR T.**
                                                   **SMITH IN SUPPORT OF**
14                     Plaintiff,                  **PLAINTIFF'S UNOPPOSED MOTION**
                                                   **FOR EXTENSION OF THE**
15   v.                                            **DEADLINE TO COMPLETE ADR**
                                                   **PROCESS**
16   TOTAL MERCHANT SERVICES, LLC, a
     Delaware limited liability company,           Date: TBD
17                                                 Time: TBD
                       Defendant.                  Judge: Hon. Edward M. Chen
18                                                 Courtroom: 5
                                                   Complaint Filed: September 11, 2019
19

20

21          I, Taylor T. Smith, declare as follows:

22          1.      I am an associate attorney with the law firm Woodrow & Peluso, LLC and an

23   attorney of record for Plaintiff Abante Rooter and Plumbing, Inc. ("Plaintiff" or "Abante").

24          2.      I certify that Plaintiff's counsel conferred with counsel for Defendant Total

25   Merchant Services, LLC ("Defendant" or "TMS") regarding the requested extension. TMS does

26   not oppose the requested extension.

27

28   DECLARATION OF TAYLOR T. SMITH                    1
     MOTION FOR EXTENSION
     RE: ADR PROCESS

3.      On September 11, 2019, Plaintiff filed the instant action against Defendant alleging wide-scale violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* ("TCPA" or "Act"). (Dkt. 1.)

1.      On January 14, 2020, this Court issued its Initial Scheduling Order, which required the Parties to complete an ADR process by July 30, 2020. (Dkt. 37.)

2.      On June 26, 2020, following the July 25th case management conference, the Court extended the ADR deadline until August 31, 2020. (Dkt. 50.)

3.      Thereafter, the Parties' continued to exchange numerous proposed mediators.

4.      Eventually, the Parties agreed to engage in a full-day mediation with the Hon. Edward A. Infante of JAMS.

5.      After receiving Judge Infante's availability, the Parties conferred and agreed to attend a mediation session on September 22, 2020, which was the earliest available date that worked for all Parties.

6.      Ultimately, the requested extension is necessary to accommodate the currently scheduled mediation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 28, 2020, in Denver, Colorado.

By:      */s/ Taylor T. Smith.*

Taylor T. Smith*
  tsmith@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 907-7628
Facsimile: (303) 927-0809

DECLARATION OF TAYLOR T. SMITH                    2
MOTION FOR EXTENSION
RE: ADR PROCESS