# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING, INC., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TOTAL MERCHANT SERVICES, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 3:19-cv-05711-EMC<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF THE DEADLINE TO COMPLETE ADR PROCESS**<br><br>Date: TBD<br>Time: TBD<br>Judge: Hon. Edward M. Chen<br>Courtroom: 5<br>Complaint Filed: September 11, 2019 |

Pending before the Court is Plaintiff's Motion for Extension of the Deadline to Complete ADR Process ("Motion"). Having read and considered the Motion, the Court, being fully advised in the premises, finds as follows:

1. The Motion is **GRANTED**.

2. The deadline for the parties to complete the ADR process is extended until September 22, 2020.

**IT IS HEREBY ORDERED**

Dated: _____                    _____
                                             Hon. Edward M. Chen
                                             United States District Judge