# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING, INC., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TOTAL MERCHANT SERVICES, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 3:19-cv-05711-EMC<br><br>[PROPOSED] **ORDER GRANTING MOTION FOR EXTENSION OF ALL REMAINING DISCOVERY DEADLINES**<br><br>Date: TBD<br>Time: TBD<br>Judge: Hon. Edward M. Chen<br>Courtroom: 5<br>Complaint Filed: September 11, 2019 |

Pending before the Court is Plaintiff's Motion for Extension of All Remaining Discovery Deadlines ("Motion"). Having read and considered the Motion, the Court, being fully advised in the premises, finds as follows:

1. The Motion is **GRANTED**.

2. The following discovery related deadlines are hereby **ORDERED**:

   a. Plaintiff's Motion for Class Certification: February 11, 2021;

   b. Deadline to Complete Class Discovery: February 26, 2021;

   c. Defendant's Opposition to Class Certification: March 11, 2021;

   d. Plaintiff's Reply in support of Class Certification: March 18, 2021; and

e. Hearing on Motion for Class Certification: April 15, 2021, at 1:30 p.m.

**IT IS HEREBY ORDERED**

Dated: September 15, 2020

_____
Hon. Edward M. Chen
United States District Judge