Richard T. Drury (SBN 163559)
richard@lozeaudrury.com
Rebecca Davis (SBN 271662)
rebecca@lozeaudrury.com
LOZEAU DRURY LLP
1939 Harrison St., Suite 150
Oakland, CA 94607
Telephone: (510) 836-4200
Facsimile: (510) 836-4205

[Additional counsel appearing on signature page]

*Attorneys for Plaintiff and the Alleged Classes*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING, INC., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TOTAL MERCHANT SERVICES, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 3:19-cv-05711-EMC<br><br>**STIPULATION TO EXTEND THE DEADLINE TO COMPLETE ADR PROCESS**<br><br>Judge: Hon. Edward M. Chen<br>Courtroom: 5<br>Complaint Filed: September 11, 2019 |

Plaintiff Abante Rooter and Plumbing, Inc. ("Plaintiff" or "Abante") and Defendant Total Merchant Services, LLC ("Defendant" or "TMS"), through their respective counsel, hereby stipulate as follows:

WHEREAS, on September 11, 2019, Plaintiff filed the instant action against Defendant alleging violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* ("TCPA" or "Act"). (Dkt. 1.)

WHEREAS, on January 14, 2020, this Court issued its Initial Scheduling Order, which required the Parties to complete an ADR process by July 30, 2020. (Dkt. 37.)

WHEREAS, on June 26, 2020, following the July 25th case management conference, the Court extended the ADR deadline until August 31, 2020. (Dkt. 50.)

1    WHEREAS, the Parties agreed to attend a full-day mediation session with the Hon.
2  Edward A. Infante of JAMS on September 22, 2020. (*See* Declaration of Taylor T. Smith ("Smith
3  Decl."), a true and accurate copy of which is attached hereto as Exhibit A.)
4    WHEREAS, on August 28, 2020, the Court extended the deadline for the Parties to
5  complete the ADR process until September 22, 2020 to accommodate the scheduled mediation.
6  (Dkt. 56.)
7    WHEREAS, on September 22, 2020, counsel for the Parties and representatives of TMS
8  appeared and participated in the scheduled mediation via Zoom webinar. (Smith Decl. ¶ 9.)
9  Following a few hours of discussions, the Parties and the mediator agreed to extend the mediation
10 session until October 13, 2020 to address additional data produced by a third-party that is likely to
11 assist in the potential resolution of this case. (*Id.* ¶ 10.)
12   WHEREAS, the Parties respectfully request that the Court extend the deadline to complete
13 the ADR process until October 13, 2020. The additional time will enable the Parties to engage in
14 productive settlement discussions. (*Id.*)
15   WHEREAS, the proposed extension will not alter any deadlines established by the Court
16 and is not sought for an improper purpose. (*Id.* ¶ 11.)

Respectfully submitted,

Dated: September 22, 2020     /s/ Taylor T. Smith

Steven L. Woodrow (*admitted pro hac vice*)
swoodrow@woodrowpeluso.com
Patrick H. Peluso (*admitted pro hac vice*)
ppeluso@woodrowpeluso.com
Taylor T. Smith (*admitted pro hac vice*)
tsmith@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 E. Mexico Ave., Suite 300
Denver, Colorado 80210
Tel: 720-907-7628

*Attorneys for Plaintiff and the Classes*

Dated: September 22, 2020                    /s/ Lawren A. Zann

                                  Beth-Ann Krimsky (*pro hac vice admission*)
                                  beth-ann.krimsky@gmlaw.com
                                  Lawren A. Zann (*pro hac vice admission*)
                                  lawren.zann@gmlaw.com
                                  Greenspoon Marder, LLP
                                  200 East Broward Blvd., Suite 1800
                                  Fort Lauderdale, FL 33301
                                  Telephone: 954.527.2427
                                  Facsimile: 954.333.4027

                                  *Attorneys for Defendant*

## SIGNATURE CERTIFICATION

    Pursuant to Civil L.R. 5-1(i)(3) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained authorization to affix his or her electronic signature to this document.

                                  By: */s/ Taylor T. Smith*
                                          Taylor T. Smith

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above titled document was served upon counsel of record by filing such papers via Court's ECF system on September 22, 2020.

/s/ Taylor T. Smith