# Exhibit A

1  Richard T. Drury (SBN 163559)
   richard@lozeaudrury.com
2  Rebecca Davis (SBN 271662)
   rebecca@lozeaudrury.com
3  LOZEAU DRURY LLP
   1939 Harrison St., Suite 150
4  Oakland, CA 94607
   Telephone: (510) 836-4200
5  Facsimile: (510) 836-4205

6  [Additional counsel appearing on signature page]

7  *Attorneys for Plaintiff and the Alleged Classes*

8              UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA

9
   ABANTE ROOTER AND PLUMBING,              Case No. 3:19-cv-05711-EMC
10 INC., individually and on behalf of all others
   similarly situated,                      **DECLARATION OF TAYLOR T.**
11                                          **SMITH IN SUPPORT OF**
                    Plaintiff,              **STIPULATION TO EXTEND THE**
12                                          **DEADLINE TO COMPLETE ADR**
   v.                                       **PROCESS**
13
   TOTAL MERCHANT SERVICES, LLC, a          Judge: Hon. Edward M. Chen
14 Delaware limited liability company,      Courtroom: 5
                                            Complaint Filed: September 11, 2019
15                  Defendant.

16

17         I, Taylor T. Smith, declare as follows:

18         1.      I am an associate attorney with the law firm Woodrow & Peluso, LLC and an

19 attorney of record for Plaintiff Abante Rooter and Plumbing, Inc. ("Plaintiff" or "Abante").

20         2.      On September 11, 2019, Plaintiff filed the instant action against Defendant

21 alleging wide-scale violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et*

22 *seq.* ("TCPA" or "Act"). (Dkt. 1.) Specifically, its prohibition against placing unsolicited

23 telemarketing calls using an automatic telephone dialing system ("ATDS"). (*Id.*)

24         3.      On January 14, 2020, the Court issued its Initial Scheduling Order, which required

25 the Parties to complete an ADR process by July 30, 2020. (Dkt. 37.)

26         4.      On June 26, 2020, the Court extended the ADR deadline until August 31, 2020.

27 (Dkt. 50.)

28 DECLARATION OF TAYLOR T. SMITH                      1
   STIPULATION FOR EXTENSION
   RE: ADR PROCESS

5.      Thereafter, the Parties' continued to exchange numerous proposed mediators.

6.      Eventually, the Parties agreed to engage in a full-day mediation with the Hon. Edward A. Infante of JAMS.

7.      After receiving Judge Infante's availability, the Parties conferred and agreed to attend a mediation session on September 22, 2020, which was the earliest available date that worked for all Parties.

8.      To accommodate the Parties' scheduled mediation, the Court extended the deadline for the Parties to complete the ADR process until September 22, 2020. (Dkt. 56.)

9.      On September 22, 2020, the Parties appeared for the mediation session via Zoom webinar.

10.      Following a few hours of discussions, the Parties and the mediator agreed to reschedule the mediation session until October 13, 2020. The additional time will enable the Parties to engage in productive settlement discussions.

11.      The proposed extension will not affect any deadlines established by the Court. Further, it is not sought for an improper purpose.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 22, 2020, in Denver, Colorado.

By:      _/s/ Taylor T. Smith._

Taylor T. Smith*
   tsmith@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 907-7628