# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING, INC., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TOTAL MERCHANT SERVICES, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 3:19-cv-05711-EMC<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND THE DEADLINE TO COMPLETE ADR PROCESS**<br><br>Judge: Hon. Edward M. Chen<br>Courtroom: 5<br>Complaint Filed: September 11, 2019 |

Pending before the Court is the Parties' Stipulation to Extend the Deadline to Complete ADR Process. Having read and considered the Stipulation, the Court, being fully advised in the premises, finds as follows:

1. The Stipulation is **GRANTED**.

2. The deadline for the parties to complete the ADR process is extended until October 13, 2020.

**IT IS HEREBY ORDERED**

Dated: _____                                       _____
                                                                                              Hon. Edward M. Chen
                                                                                              United States District Judge

[Proposed] Order Granting Stipulation for Extension re: ADR Process

1