# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** September 24, 2020     **Time:** 10:30-10:40= 10 Minutes     **Judge:** EDWARD M. CHEN

**Case No.**: 19-cv-05711-EMC     **Case Name:** Abante Rooter and Plumbing, Inc. v. Total Merchant Services, LLC

**Attorney for Plaintiff:** Steven Woodrow
**Attorney for Defendant:** Lawren Zann

**Deputy Clerk:** Angella Meuleman     **Court Reporter:** Ana Dub

## PROCEEDINGS HELD BY ZOOM WEBINAR

Further Case Management Conference - held.

## SUMMARY

Parties attended mediation with Judge Infante on 9/22/2020 and jointly agreed the session was productive. There was an 11th hour production which required further analysis by the parties and a second mediation session was scheduled. Second session is scheduled for 10/13/2020 before Judge Infante.

Court reminded the parties of proportionality and efficiency as factors in this case governing discovery.

Further Case Management Conference set 10/22/2020 at 10:30 a.m. Joint cmc statement due 10/15/2020.