# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
## Northern District of California
# CIVIL MINUTES

**Date:** October 22, 2020     **Time:** 9:50-10:15 am     **Judge:** EDWARD M. CHEN
**Total:** 25 Mins.

**Case No.**: 19-cv-05711-EMC     **Case Name:** Abante Rooter and Plumbing, Inc. v. Total Merchant Services, LLC

**Attorney for Plaintiff:** Steven Woodrow
**Attorney for Defendant:** Lawren Zann

**Deputy Clerk:** Adriana M. Kratzmann     **Court Reporter:** Marla Knox

## PROCEEDINGS HELD BY ZOOM WEBINAR

Further Case Management Conference held.

## SUMMARY

The Court will allow narrowly tailored written discovery. Depositions of four key witnesses shall be held (Plaintiff, Christopher Judy, Rule 30(b)(b) of Triumph and Defendant). Also, inspection of third-party PoundTeam's dialer shall be allowed. Plaintiff shall coordinate the schedule for the inspection of the third-party with defense counsel.

The parties agree that it may be beneficial to re-engage in further mediation with Hon. Edward A. Infante (Ret.) of JAMS after this focused discovery has been conducted. Parties are directed to return to Judge Infante.

The Court set an expert disclosure deadline of January 11, 2021 and expert discovery cut-off date February 26, 2021, the same date for close of discovery.

In view of the restrictions on discovery, Court will not stay the case. However, the Court will not hear dispositive motions deadline or set trial date at this time pending the Supreme Court's ruling in Facebook.

The Court will hold a joint hearing of the Motion for Class Certification and Further Status Conference on April 15, 2021 at 1:30 p.m.