UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING, INC., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TOTAL MERCHANT SERVICES, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 3:19-cv-05711-EMC<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF ALL REMAINING DEADLINES**<br><br>Date: TBD<br>Time: TBD<br>Judge: Hon. Edward M. Chen<br>Courtroom: 5<br>Complaint Filed: September 11, 2019 |

Pending before the Court is Plaintiff's Motion for Extension of All Remaining Deadlines ("Motion"). Having read and considered the Motion, the Court, being fully advised in the premises, finds as follows:

1. The Motion is **GRANTED**.
2. The following deadlines are hereby **ORDERED**:
   a. Plaintiff's Expert Disclosure Deadline: March 8, 2021;
   b. Defendant's Expert Disclosure Deadline: March 22, 2021;
   c. Deadline to Complete Discovery: April 30, 2021;
   d. Plaintiff's Motion for Class Certification: April 12, 2021;

[PROPOSED] ORDER GRANTING
MOTION FOR EXTENSION
RE: ALL DEADLINES

1

e. Defendant's Opposition to Class Certification: May 10, 2021;

f. Plaintiff's Reply in support of Class Certification: May 17, 2021; and

g. Hearing on Motion for Class Certification and Further Case Management Conference: June 10, 2021, at 1:30 p.m.

**IT IS HEREBY ORDERED**

Dated: _____  _____
Hon. Edward M. Chen
United States District Judge