Richard T. Drury (SBN 163559)
richard@lozeaudrury.com
Rebecca Davis (SBN 271662)
rebecca@lozeaudrury.com
LOZEAU DRURY LLP
1939 Harrison St., Suite 150
Oakland, CA 94607
Telephone: (510) 836-4200
Facsimile: (510) 836-4205

[Additional counsel appearing on signature page]

*Attorneys for Plaintiff and the Alleged Classes*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING, INC., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TOTAL MERCHANT SERVICES, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 3:19-cv-05711-EMC<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Judge: Hon. Edward M. Chen<br>Courtroom: 5<br>Complaint Filed: September 11, 2019 |

Pursuant to Local Civil Rule 79-5 and 7-11, Plaintiff Abante Rooter and Plumbing, Inc. ("Plaintiff" or "Abante") respectfully seeks leave to file the documents described below under seal. This motion is supported by the Declaration of Patrick H. Peluso.

Civil L.R. 79-5(e) states that if the party submitting a motion to file under seal "is seeking to file under seal a document designated as confidential by the opposing party or a non-party pursuant to a protective order, or a document containing information so designated by an opposing party or a non-party, the Submitting Party's declaration in support of the Administrative Motion to File Under Seal must identify the document or portions thereof which contain the

ADMINISTRATIVE MOTION TO FILE UNDER SEAL    1

designated confidential material and identify the party that has designated the material as confidential ('the Designating Party').''

Plaintiff respectfully requests that Plaintiff's Motion for Class Certification (the "Motion"), page 3 lines 5-9, 12-14, 20-26; page 4 lines 1-2, 5-6, 8-9, 14-15; and page 15 lines 2-9; and Exhibits B and C in support of Plaintiff's Motion be filed under seal. These documents have been designated confidential by Defendant Total Merchant Services, LLC ("Defendant") pursuant to the stipulated protective order entered in this case (dkt. 42).

Accordingly, Plaintiff respectfully moves to file the following documents under seal in compliance with the stipulated protective order:

1. Plaintiff's Motion for Class Certification, page 3 lines 5-9, 12-14, 20-26; page 4 lines 1-2, 5-6, 8-9, 14-15; and page 15 lines 2-9, which discuss documents and testimony that were designated as confidential by Defendant pursuant to the protective order entered in this case.

2. Exhibit B in support of Plaintiff's Motion for Class Certification, which contains excerpts of deposition transcript of Defendant Total Merchant Services, LLC's ("Defendant" or "TMS") corporate representative, Darren McCaffrey. Mr. McCaffrey's testimony was designated as confidential by Defendant pursuant to the protective order entered in this case.

3. Exhibit C in support of Plaintiff's Motion for Class Certification, which contains the sales representative agreements between TMS and Triumph Merchant Solutions, LLC. The sales representative agreements were designated as confidential by Defendant pursuant to the protective order entered in this case.

Accordingly, Plaintiff respectfully requests that the Court grant this administrative motion to seal.

Respectfully submitted,

Dated: April 12, 2021                    **ABANTE ROOTER AND PLUMBING, INC.**,
individually and on behalf of all others similarly situated,

ADMINISTRATIVE MOTION TO         2
FILE UNDER SEAL

By: /s/ Patrick H. Peluso
One of Plaintiff's Attorneys

Richard T. Drury (SBN 163559)
richard@lozeaudrury.com
Rebecca Davis (SBN 271662)
rebecca@lozeaudrury.com
LOZEAU DRURY LLP
1939 Harrison St., Suite 150
Oakland, CA 94607
Telephone: (510) 836-4200
Facsimile: (510) 836-4205

Steven L. Woodrow (*admitted pro hac vice*)
swoodrow@woodrowpeluso.com
Patrick H. Peluso (*admitted pro hac vice*)
ppeluso@woodrowpeluso.com
Taylor T. Smith (*admitted pro hac vice*)
tsmith@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 E. Mexico Ave., Suite 300
Denver, Colorado 80210
Tel: 720-907-7628

Attorneys for Plaintiff and the Classes

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above titled document was served upon counsel of record by filing such papers via Court's ECF system on April 12, 2021.

<u>/s/ Patrick H. Peluso</u>