Richard T. Drury (SBN 163559)
richard@lozeaudrury.com
Rebecca Davis (SBN 271662)
rebecca@lozeaudrury.com
LOZEAU DRURY LLP
1939 Harrison St., Suite 150
Oakland, CA 94607
Telephone: (510) 836-4200
Facsimile: (510) 836-4205

[Additional counsel appearing on signature page]

*Attorneys for Plaintiff and the Alleged Classes*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING, INC., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TOTAL MERCHANT SERVICES, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 3:19-cv-05711-EMC<br><br>**DECLARATION OF PATRICK H. PELUSO IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Judge: Hon. Edward M. Chen<br>Courtroom: 5<br>Complaint Filed: September 11, 2019 |

I, Patrick Peluso, on oath declare as follows:

1. I am one of the attorneys for Plaintiff Abante Rooter and Plumbing, Inc. ("Plaintiff") and the alleged Class in the above-captioned action. I am over the age of 18 and can competently testify to the matters set forth herein if called to do so.

2. I submit this declaration in support of Plaintiff's Administrative Motion to File Under Seal, pursuant to Local Rules 79-5 and 7-11.

3. Plaintiff's Motion for Class Certification (the "Motion") discusses documents and testimony that Defendant Total Merchant Services, LLC ("Defendant") has designated as

confidential pursuant to the stipulated protective order entered in this case (dkt. 42). Therefore, Plaintiff is filing portions of this document under seal in compliance with the protective order.

4. Plaintiff also submits Exhibit B in support of Plaintiff's Motion, which contains documents that TMS has designated as confidential pursuant to the stipulated protective order. Plaintiff is therefore filing the documents under seal in compliance with the protective order.

5. Plaintiff also submits Exhibit C in support of Plaintiff's Motion, which contains documents that TMS has designated as confidential pursuant to the stipulated protective order. Plaintiff is therefore filing the documents under seal in compliance with the protective order.

6. In compliance with L.R. 79-5(d)(1)(D), Plaintiff also submits unredacted versions of the following documents requested to be sealed

| Document | Portion Designated Confidential |
|---|---|
| Plaintiff's Motion for Class Certification | Page 3 lines 5-9, 12-14, 20-26; page 4 lines 1-2, 5-6, 8-9, 14-15; and page 15 lines 2-9 |
| Exhibit B in support of Plaintiff's Motion for Class Certification | Entire Document |
| Exhibit C in support of Plaintiff's Motion for Class Certification | Entire Document |

Further affiant sayeth not.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed in the State of Colorado, on April 12, 2021.

By:    */s/ Patrick H. Peluso*

Patrick H. Peluso
ppeluso@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0676

PELUSO DECL. ISO ADMIN. MOTION TO FILE UNDER SEAL    2