Exhibit B

1                 UNITED STATES DISTRICT COURT

2                 NORTHERN DISTRICT OF CALIFORNIA

3

4   ABANTE ROOTER AND PLUMBING,

5   INC., individually and on

6   behalf of all others similarly

7   situated,

8                                        CONFIDENTIAL

9          Plaintiff,

10                                 Hon. Edward M. Chen

11  vs                     Case No. 3:19-cv-05711-EMC

12

13  TOTAL MERCHANT SERVICES, LLC, a

14  Delaware limited liability company,

15

16          Defendant.

17                              /

18

19

20          Deposition of DARREN McCAFFREY, taken in

21  the above-entitled matter before Notary Public, Patricia

22  A. Lutza, CSR, CRR, by Zoom Virtual Video Conference, on

23  Thursday, February 25, 2021, commencing at about 12:00

24  p.m.

25

                                            Page 1

1   APPEARANCES:

2

3        PATRICK H. PELUSO, ESQ.

4        Woodrow & Peluso, LLC

5        3900 East Mexico Avenue

6        Suite 300

7        Denver, Colorado  80210

8        (720) 213-9676

9        ppeluso@woodrowpeluso.com

10

11            Appearing on Behalf of the Plaintiff.

12

13        LAWREN A. ZANN, ESQ.

14        Greenspoon Marder, LLP

15        200 East Broward Boulevard

16        Suite 1800

17        Fort Lauderdale, Florida  33301

18        (954) 333-4345

19        lawren.zann@gmlaw.com

20

21            Appearing on Behalf of the Defendant.

22

23

24

25

                                        Page  2

Darren McCaffrey - February 25, 2021

1    APPEARANCES: (continued)

2

3         EARL JOHNSON, ESQ.

4         Total Merchant Services

5         250 Stephenson Highway

6         Troy, Michigan  48083

7         earljohnson@nabarcard.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 3

```
 1                   INDEX OF WITNESSES

 2    ------------------------------------------------------------

 3        WITNESS                              PAGE

 4    ------------------------------------------------------------

 5        DARREN McCAFFREY

 6    Examination by Mr. Peluso                7

 7    Examination by Mr. Zann                  76

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Veritext Legal Solutions
303-988-8470

```
 1                    INDEX OF EXHIBITS
 2     ------------------------------------------------------------
 3     EXHIBITS                                          MARKED
 4     ------------------------------------------------------------
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



Page 5



Veritext Legal Solutions
303-988-8470



Page  9



Page 17

Darren McCaffrey - February 25, 2021



Page 21

Darren McCaffrey - February 25, 2021



Page  22



Page 24





Veritext Legal Solutions
303-988-8470



Page 28



Veritext Legal Solutions
303-988-8470



Page 36



Veritext Legal Solutions
303-988-8470

Darren McCaffrey - February 25, 2021



Page 47

Darren McCaffrey - February 25, 2021



Veritext Legal Solutions
303-988-8470

Darren McCaffrey - February 25, 2021



Page 63



Page 69

Darren McCaffrey - February 25, 2021



Page 71

Darren McCaffrey - February 25, 2021



Page 72

Darren McCaffrey - February 25, 2021



Page 73