Exhibit C

CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



TMS_000021



CONFIDENTIAL

TMS_000019



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

TMS_000004



CONFIDENTIAL



CONFIDENTIAL

TMS_000028



CONFIDENTIAL

TMS_000029

CONFIDENTIAL

TMS_000030