# Group Exhibit A

Richard T. Drury (SBN 163559)
richard@lozeaudrury.com
Rebecca Davis (SBN 271662)
rebecca@lozeaudrury.com
LOZEAU DRURY LLP
1939 Harrison St., Suite 150
Oakland, CA 94607
Telephone: (510) 836-4200
Facsimile: (510) 836-4205

[Additional counsel appearing on signature page]

*Attorneys for Plaintiff and the Alleged Classes*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING, INC., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TOTAL MERCHANT SERVICES, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 3:19-cv-05711-EMC<br><br>**DECLARATION OF PATRICK H. PELUSO IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**<br><br>Hearing: June 10, 2021<br>Time: 1:30 p.m.<br>Judge: Hon. Edward M. Chen<br>Location: Courtroom 5, 17th Floor<br>Complaint Filed: September 11, 2019 |

I, Patrick H. Peluso, declare as follows:

1.    I am a partner with the law firm Woodrow & Peluso, LLC and an attorney of record for Plaintiff Abante Rooter and Plumbing, Inc. ("Plaintiff" or "Abante") and the alleged Class in the above-captioned action. I am over the age of 18 and can competently testify to the matters set forth herein if called to do so.

2.    Defendant Total Merchant Services, LLC ("Defendant" or "TMS") identifies itself as a merchant processing company that sells point of sale software and equipment to enable businesses to accept credit card transactions. (*See* https://totalmerchantservices.com/.)

3.    After receiving numerous calls soliciting Plaintiff to purchase Defendant's products and services, Plaintiff filed the instant action against Defendant on September 11, 2019, alleging wide-scale violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et*

*seq.* ("TCPA" or "Act"). (Dkt. 1.)

4.      On February 4, 2020, Plaintiff issued a Subpoena to Testify at a Deposition and a Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action directed to Triumph Merchant Solutions, LLC ("Triumph"), one of the entities that placed calls to Plaintiff on behalf of TMS.

5.      On July 28, 2020, Triumph produced its initial document production comprised of 10,913 pages of calling records. Rather than produce the records in native format, they were produced in .pdf format.

6.      On August 25, 2020, Triumph produced its 2018 calling records in its native format. Triumph produced the remaining call records in native format on September 15, 2020.

7.      Triumph's calling records span from November 2, 2018 to July 17, 2020 and contain 684,501 telemarketing calls.

8.      Using realphonevalidation.com, Plaintiff's counsel was able to identify 56,979 calls, which were placed to 37,220 individual cellular telephones.

9.      Further, Triumph's records include both the June 24, 2019 and October 8, 2019 phone calls to Plaintiff.

10.      At no time has Triumph produced any record of prior express consent to place telemarketing calls to Plaintiff.

11.      On February 16, 2021, after learning of TMS's relationship with InfoFree, Plaintiff issued Subpoenas to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action directed to American Sales Leads, LLC d/b/a InfoFree.com and DatabaseUSA.com, LLC d/b/a InfoFree.com (collectively "InfoFree").

12.      The InfoFree Subpoenas sought information concerning TMS's relationship with InfoFree, Triumph's relationship with InfoFree, and the lists of lead information that were provided to Triumph.

13.      On March 19, 2021, InfoFree produced documents in response to the subpoenas.

14.      A review of InfoFree's document production reveals a multi-user subscription

agreement with TMS, which was entered into on July 1, 2018. The agreement permitted TMS's agents to establish an account to obtain unlimited leads from InfoFree.

15.     One of the agent accounts paid for by TMS was in the name of Chris Heil, one of the owners of Triumph. Mr. Heil utilized the email address chris@totalmerchantsupplies.com and the phone number 858-225-4580. The phone number ending in 4580 is one of the telephone numbers utilized by Triumph to place calls during the class period, and was the number that placed both calls to Plaintiff. Further, the email address appears to be associated with Total Merchant Supplies, LLC, which is the entity that Triumph's owners previously operated and initially entered into a contract with TMS to market its products and services. However, Total Merchant Supplies, LLC is no longer operational, and TMS confirmed that Triumph took over its contract with TMS.

16.     InfoFree also produced invoices to TMS between March 2019 and May 2020. All but one of the invoices include a list of TMS agents whose accounts were paid for by TMS. On each invoice that identifies agent accounts paid for by TMS, Chris Heil's account was listed on the invoices. (*See* InfoFree Invoices, a true and accurate copy of which is attached hereto as Exhibit 1.)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 12, 2021, in Denver, Colorado.

By:     */s/ Patrick H. Peluso*

Patrick H. Peluso
ppeluso@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0676

# Exhibit 1

# Invoice



**From**

Infofree.com
11211 John Galt Blvd
Omaha, NE, 68137
United States

**To**

Total Merchant Services/North American Bank Card
21650 Oxnard St #1200
Woodland Hills, CA, 91367
United States

**Invoice No.**
052

**Date**
Apr 08 2019

**Invoice Due**
Apr 30 2019

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Infofree.com Subscriptions for TMS Partners - Includes Unlimited Credits | 51 | 39.95 | USD 2037.45 |

| | | |
|---|---|---|
| Sub Total | | 2,037.45 |
| **Total** | | **USD2,037.45** |
| **Paid to Date** | | **USD2,037.45** |
| **Balance** | | |
| | | **USD0.00** |

**Invoice Note**

Accounts : (bartmann21@gmail.com, waynej44rsm@aol.com, troy@skylinems.com, tomreallife@gmail.com, tmsinfo@choosemps.com, JWALTON@TOTALMERCHANTSUPPLY.COM, adioconnell@gmail.com, ricky@totalmerchantservices1.com, MARTIN@AMERIBANCSALES.COM, sales@ispmint.com, sganga02@aol.com, terrytct1@gmail.com, sheins@centralbankcard.com, 2bthebest@live.com, SFREEDMAN@TMSOFFICE.COM, GLOBENETMS@SBCGLOBAL.NET, globenetms@yahoo.com, TMSOC@SBCGLOBAL.NET, renepumalopez@hotmail.com, brelcom1@yahoo.com, CHILAGE@AOL.COM, mike@4leafsolutions.com, totalmerchantservices@consultant.com, accounts@merchantmatch.net, KEVIN@MCVISA.COM, birddogint@gmail.com, topmerchantservice@gmail.com, VINCENT@SCARDSERVICES.COM, gmjones100@hotmail.com, david@fbloffice.com, oguhchigozie@yahoo.com, david@eltonfinancialservices.com, DMcCaffrey@NABancard.com, ccuda@cox.net, CCUDA@COX.NET, cjudy@tmsoffice.pro, chris@totalmerchantsupplies.com, chris@tmsnc.com, chris1@tmsnc.com, bruce@stusa.biz, austinhess88@gmail.com, msa.twells@gmail.com, 4dre@optonline.net, pivotalpostouchscreensolutions@gmail.com, wbrown1221@hotmail.com, info@tmsoc.com, lane@merchantservicescenter.com, jim@natl-bankcard.com, henryguifarro@gmail.com, patrick19642001@yahoo.com, ccruz@ctpaymentsystems.com)

Wire Transfer Information



Infofree.com | accounting@infofree.com |

INFOFREE000002

# Invoice



**From**

Infofree.com
11211 John Galt Blvd
Omaha, NE, 68137
United States

**To**

Total Merchant Services/North American Bank Card
21650 Oxnard St #1200
Woodland Hills, CA, 91367
United States

**Invoice No.**
059

**Date**
May 08 2019

**Invoice Due**
May 31 2019

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Infofree.com Subscriptions for TMS Partners - Includes Unlimited Credits | 52 | 39.95 | USD 2077.40 |

| | |
|---|---|
| Sub Total | 2,077.40 |
| **Total** | **USD2,077.40** |
| **Paid to Date** | **USD2,077.40** |
| Balance | |
| | **USD0.00** |

**Invoice Note**

Accounts : (msa.twells@gmail.com, chris@totalmerchantsupplies.com, accounts@merchantmatch.net, ccuda@cox.net, chris@tmsnc.com, VINCENT@SCARDSERVICES.COM, tmsinfo@choosemps.com, terrytct1@gmail.com, GLOBENETMS@SBCGLOBAL.NET, waynej44rsm@aol.com, pivotalpostouchscreensolutions@gmail.com, cjudy@tmsoffice.pro, KEVIN@MCVISA.COM, sganga02@aol.com, topmerchantservice@gmail.com, chris1@tmsnc.com, troy@skylinems.com, totalmerchantservices@consultant.com, CCUDA@COX.NET, birddogint@gmail.com, david@fbloffice.com, tomreallife@gmail.com, david@eltonfinancialservices.com, TMSOC@SBCGLOBAL.NET, austinhess88@gmail.com, JWALTON@TOTALMERCHANTSUPPLY.COM, DMcCaffrey@NABancard.com, bartmann21@gmail.com, SFREEDMAN@TMSOFFICE.COM, MARTIN@AMERIBANCSALES.COM, ricky@totalmerchantservices1.com, mike@4leafsolutions.com, bruce@stusa.biz, adioconnell@gmail.com, 2bthebest@live.com, oguhchigozie@yahoo.com, brelcom1@yahoo.com, sales@ispmint.com, renepumalopez@hotmail.com, 4dre@optonline.net, globenetms@yahoo.com, gmjones100@hotmail.com, sheins@centralbankcard.com, CHILAGE@AOL.COM)

Wire Transfer Information



Infofree.com | accounting@infofree.com |

INFOFREE000004

# Invoice



**From**

Infofree.com
11211 John Galt Blvd
Omaha, NE, 68137
United States

**To**

Total Merchant Services/North American Bank Card
21650 Oxnard St #1200
Woodland Hills, CA, 91367
United States

**Invoice No.**
068

**Date**
Jun 12 2019

**Invoice Due**
Jun 30 2019

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Infofree.com Subscriptions for TMS Partners - Includes Unlimited Credits | 52 | 39.95 | USD 2077.40 |

| | | |
|---|---|---|
| Sub Total | | 2,077.40 |
| **Total** | | **USD2,077.40** |
| **Paid to Date** | | **USD2,077.40** |
| **Balance** | | |
| | | **USD0.00** |

**Invoice Note**

Accounts : (ccuda@cox.net, terrytct1@gmail.com, ccruz@ctpaymentsystems.com, chris@totalmerchantsupplies.com, VINCENT@SCARDSERVICES.COM, msa.twells@gmail.com, accounts@merchantmatch.net, chris@tmsnc.com, wbrown1221@hotmail.com, tmsinfo@choosemps.com, info@tmsoc.com, lane@merchantservicescenter.com, GLOBENETMS@SBCGLOBAL.NET, henryguifarro@gmail.com, jim@natl-bankcard.com, patrick19642001@yahoo.com, waynej44rsm@aol.com, ymonroy@nabancard.com, pivotalpostouchscreensolutions@gmail.com, cjudy@tmsoffice.pro, KEVIN@MCVISA.COM, topmerchantservice@gmail.com, chris1@tmsnc.com, troy@skylinems.com, totalmerchantservices@consultant.com, CCUDA@COX.NET, sganga02@aol.com, tomreallife@gmail.com, david@eltonfinancialservices.com, TMSOC@SBCGLOBAL.NET, austinhess88@gmail.com, JWALTON@TOTALMERCHANTSUPPLY.COM, birddogint@gmail.com, david@fbloffice.com, ricky@totalmerchantservices1.com, mike@4leafsolutions.com, bruce@stusa.biz, adioconnell@gmail.com, 2bthebest@live.com, oguhchigozie@yahoo.com, DMcCaffrey@NABancard.com, bartmann21@gmail.com, SFREEDMAN@TMSOFFICE.COM, MARTIN@AMERIBANCSALES.COM, globenetms@yahoo.com, gmjones100@hotmail.com, sheins@centralbankcard.com, CHILAGE@AOL.COM, brelcom1@yahoo.com, sales@ispmint.com, renepumalopez@hotmail.com, 4dre@optonline.net)

Wire Transfer Information



Infofree.com | accounting@infofree.com |

# Invoice



**From**

Infofree.com
11211 John Galt Blvd
Omaha, NE, 68137
United States

**To**

Total Merchant Services/North American Bank Card
21650 Oxnard St #1200
Woodland Hills, CA, 91367
United States

**Invoice No.**
081

**Date**
Jul 23 2019

**Invoice Due**
Jul 31 2019

| Description | Quantity | Rate | Amount |
| --- | --- | --- | --- |
| Infofree.com Subscriptions for TMS Partners - Includes Unlimited Credits | 52 | 39.95 | USD 2077.40 |

| | |
| --- | --- |
| Sub Total | 2,077.40 |
| **Total** | **USD2,077.40** |
| **Paid to Date** | **USD2,077.40** |
| Balance | |
| | **USD0.00** |

**Invoice Note**

Accounts : (ccuda@cox.net, ccruz@ctpaymentsystems.com, chris@totalmerchantsupplies.com, pivotalpostouchscreensolutions@gmail.com, patrick19642001@yahoo.com, chris@tmsnc.com, cjudy@tmsoffice.pro, terrytct1@gmail.com, VINCENT@SCARDSERVICES.COM, msa.twells@gmail.com, accounts@merchantmatch.net, wbrown1221@hotmail.com, tmsinfo@choosemps.com, info@tmsoc.com, lane@merchantservicescenter.com, GLOBENETMS@SBCGLOBAL.NET, henryguifarro@gmail.com, jim@natl-bankcard.com, waynej44rsm@aol.com, ymonroy@nabancard.com, KEVIN@MCVISA.COM, topmerchantservice@gmail.com, chris1@tmsnc.com, troy@skylinems.com, totalmerchantservices@consultant.com, CCUDA@COX.NET, sganga02@aol.com, tomreallife@gmail.com, david@eltonfinancialservices.com, TMSOC@SBCGLOBAL.NET, austinhess88@gmail.com, JWALTON@TOTALMERCHANTSUPPLY.COM, birddogint@gmail.com, david@fbloffice.com, ricky@totalmerchantservices1.com, mike@4leafsolutions.com, bruce@stusa.biz, adioconnell@gmail.com, 2bthebest@live.com, oguhchigozie@yahoo.com, DMcCaffrey@NABancard.com, bartmann21@gmail.com, SFREEDMAN@TMSOFFICE.COM, MARTIN@AMERIBANCSALES.COM, globenetms@yahoo.com, gmjones100@hotmail.com, sheins@centralbankcard.com, CHILAGE@AOL.COM, brelcom1@yahoo.com, sales@ispmint.com, renepumalopez@hotmail.com, 4dre@optonline.net)

Wire Transfer Information



Infofree.com | accounting@infofree.com |

INFOFREE000008

# Invoice



**From**

Infofree.com
11211 John Galt Blvd
Omaha, NE, 68137
United States

**To**

Total Merchant Services/North American Bank Card
21650 Oxnard St #1200
Woodland Hills, CA, 91367
United States

**Invoice No.**
091

**Date**
Aug 13 2019

**Invoice Due**
Sep 13 2019

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Infofree.com Subscriptions for TMS Partners (attn: Darren McCaffrey)<br>- Includes Unlimited Credits | 52 | 39.95 | USD 2077.40 |

| | |
|---|---|
| Sub Total | 2,077.40 |
| **Total** | **USD2,077.40** |
| **Paid to Date** | **USD2,077.40** |

| Balance |
|---|
| **USD0.00** |

**Invoice Note**

Accounts : (ccuda@cox.net, ccruz@ctpaymentsystems.com, chris@totalmerchantsupplies.com, pivotalpostouchscreensolutions@gmail.com, patrick19642001@yahoo.com, chris@tmsnc.com, cjudy@tmsoffice.pro, terrytct1@gmail.com, VINCENT@SCARDSERVICES.COM, msa.twells@gmail.com, accounts@merchantmatch.net, wbrown1221@hotmail.com, tmsinfo@choosemps.com, info@tmsoc.com, lane@merchantservicescenter.com, GLOBENETMS@SBCGLOBAL.NET, henryguifarro@gmail.com, jim@natl-bankcard.com, waynej44rsm@aol.com, ymonroy@nabancard.com, KEVIN@MCVISA.COM, topmerchantservice@gmail.com, chris1@tmsnc.com, troy@skylinems.com, totalmerchantservices@consultant.com, CCUDA@COX.NET, sganga02@aol.com, tomreallife@gmail.com, david@eltonfinancialservices.com, TMSOC@SBCGLOBAL.NET, austinhess88@gmail.com, JWALTON@TOTALMERCHANTSUPPLY.COM, birddogint@gmail.com, david@fbloffice.com, ricky@totalmerchantservices1.com, mike@4leafsolutions.com, bruce@stusa.biz, adioconnell@gmail.com, 2bthebest@live.com, oguhchigozie@yahoo.com, DMcCaffrey@NABancard.com, bartmann21@gmail.com, SFREEDMAN@TMSOFFICE.COM, MARTIN@AMERIBANCSALES.COM, globenetms@yahoo.com, gmjones100@hotmail.com, sheins@centralbankcard.com, CHILAGE@AOL.COM, brelcom1@yahoo.com, sales@ispmint.com, renepumalopez@hotmail.com, 4dre@optonline.net)

Wire Transfer Information



Infofree.com | accounting@infofree.com |

INFOFREE000010

# Invoice



**From**

Infofree.com
11211 John Galt Blvd
Omaha, NE, 68137
United States

**To**

Total Merchant Services/North American Bank Card
21650 Oxnard St #1200
Woodland Hills, CA, 91367
United States

**Invoice No.**
098

**Date**
Sep 04 2019

**Invoice Due**
Sep 30 2019

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Infofree.com Subscriptions for TMS Partners (attn: Darren McCaffrey) - Includes Unlimited Credits | 52 | 39.95 | USD 2077.40 |

| | | |
|---|---|---|
| Sub Total | | 2,077.40 |
| **Total** | | **USD2,077.40** |
| **Paid to Date** | | **USD2,077.40** |

| Balance |
|---|
| **USD0.00** |

**Invoice Note**

Accounts : (ccuda@cox.net, ccruz@ctpaymentsystems.com, chris@totalmerchantsupplies.com, pivotalpostouchscreensolutions@gmail.com, patrick19642001@yahoo.com, chris@tmsnc.com, cjudy@tmsoffice.pro, terrytct1@gmail.com, VINCENT@SCARDSERVICES.COM, msa.twells@gmail.com, accounts@merchantmatch.net, wbrown1221@hotmail.com, tmsinfo@choosemps.com, info@tmsoc.com, lane@merchantservicescenter.com, GLOBENETMS@SBCGLOBAL.NET, henryguifarro@gmail.com, jim@natl-bankcard.com, waynej44rsm@aol.com, ymonroy@nabancard.com, KEVIN@MCVISA.COM, topmerchantservice@gmail.com, chris1@tmsnc.com, troy@skylinems.com, totalmerchantservices@consultant.com, CCUDA@COX.NET, sganga02@aol.com, tomreallife@gmail.com, david@eltonfinancialservices.com, TMSOC@SBCGLOBAL.NET, austinhess88@gmail.com, JWALTON@TOTALMERCHANTSUPPLY.COM, birddogint@gmail.com, david@fbloffice.com, ricky@totalmerchantservices1.com, mike@4leafsolutions.com, bruce@stusa.biz, adioconnell@gmail.com, 2bthebest@live.com, oguhchigozie@yahoo.com, DMcCaffrey@NABancard.com, bartmann21@gmail.com, SFREEDMAN@TMSOFFICE.COM, MARTIN@AMERIBANCSALES.COM, globenetms@yahoo.com, gmjones100@hotmail.com, sheins@centralbankcard.com, CHILAGE@AOL.COM, brelcom1@yahoo.com, sales@ispmint.com, renepumalopez@hotmail.com, 4dre@optonline.net)



Infofree.com | accounting@infofree.com |

INFOFREE000012

# Invoice



**From**

Infofree.com
11211 John Galt Blvd
Omaha, NE, 68137
United States

**To**

Total Merchant Services/North American Bank Card
21650 Oxnard St #1200
Woodland Hills, CA, 91367
United States

**Invoice No.**
107

**Date**
Oct 07 2019

**Invoice Due**
Oct 31 2019

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Infofree.com Subscriptions for TMS Partners (attn: Darren McCaffrey) - Includes Unlimited Credits | 52 | 39.95 | USD 2077.40 |

| | |
|---|---|
| Sub Total | 2,077.40 |
| **Total** | **USD2,077.40** |
| **Paid to Date** | **USD2,077.40** |

| Balance |
|---|
| **USD0.00** |

**Invoice Note**

Accounts : (ccuda@cox.net, ccruz@ctpaymentsystems.com, chris@totalmerchantsupplies.com, pivotalpostouchscreensolutions@gmail.com, patrick19642001@yahoo.com, chris@tmsnc.com, cjudy@tmsoffice.pro, terrytct1@gmail.com, VINCENT@SCARDSERVICES.COM, msa.twells@gmail.com, accounts@merchantmatch.net, wbrown1221@hotmail.com, tmsinfo@choosemps.com, info@tmsoc.com, lane@merchantservicescenter.com, GLOBENETMS@SBCGLOBAL.NET, henryguifarro@gmail.com, jim@natl-bankcard.com, waynej44rsm@aol.com, ymonroy@nabancard.com, KEVIN@MCVISA.COM, topmerchantservice@gmail.com, chris1@tmsnc.com, troy@skylinems.com, totalmerchantservices@consultant.com, CCUDA@COX.NET, sganga02@aol.com, tomreallife@gmail.com, david@eltonfinancialservices.com, TMSOC@SBCGLOBAL.NET, austinhess88@gmail.com, JWALTON@TOTALMERCHANTSUPPLY.COM, birddogint@gmail.com, david@fbloffice.com, ricky@totalmerchantservices1.com, mike@4leafsolutions.com, bruce@stusa.biz, adioconnell@gmail.com, 2bthebest@live.com, oguhchigozie@yahoo.com, DMcCaffrey@NABancard.com, bartmann21@gmail.com, SFREEDMAN@TMSOFFICE.COM, MARTIN@AMERIBANCSALES.COM, globenetms@yahoo.com, gmjones100@hotmail.com, sheins@centralbankcard.com, CHILAGE@AOL.COM, brelcom1@yahoo.com, sales@ispmint.com, renepumalopez@hotmail.com, 4dre@optonline.net)

Wire Transfer Information



**INFOFREE000013**



Infofree.com | accounting@infofree.com |

# Invoice



**From**

Infofree.com
11211 John Galt Blvd
Omaha, NE, 68137
United States

**To**

Total Merchant Services/North American Bank Card
21650 Oxnard St #1200
Woodland Hills, CA, 91367
United States

**Invoice No.**
113

**Date**
Nov 30 2019

**Invoice Due**
Nov 30 2019

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Infofree.com Subscriptions for TMS Partners (attn: Darren McCaffrey) - Includes Unlimited Credits | 53 | 39.95 | USD 2117.35 |

| | | |
|---|---|---|
| Sub Total | | 2,117.35 |
| **Total** | | **USD2,117.35** |
| **Paid to Date** | | **USD2,117.35** |

| Balance |
|---|
| **USD0.00** |

**Invoice Note**

Accounts : (ccuda@cox.net, ccruz@ctpaymentsystems.com, chris@totalmerchantsupplies.com, pivotalpostouchscreensolutions@gmail.com, patrick19642001@yahoo.com, chris@tmsnc.com, cjudy@tmsoffice.pro, terrytct1@gmail.com, VINCENT@SCARDSERVICES.COM, msa.twells@gmail.com, accounts@merchantmatch.net, wbrown1221@hotmail.com, tmsinfo@choosemps.com, info@tmsoc.com, lane@merchantservicescenter.com, GLOBENETMS@SBCGLOBAL.NET, henryguifarro@gmail.com, jim@natl-bankcard.com, waynej44rsm@aol.com, ymonroy@nabancard.com, KEVIN@MCVISA.COM, topmerchantservice@gmail.com, chris1@tmsnc.com, troy@skylinems.com, totalmerchantservices@consultant.com, CCUDA@COX.NET, sganga02@aol.com, tomreallife@gmail.com, david@eltonfinancialservices.com, TMSOC@SBCGLOBAL.NET, austinhess88@gmail.com, JWALTON@TOTALMERCHANTSUPPLY.COM, birddogint@gmail.com, david@fbloffice.com, ricky@totalmerchantservices1.com, mike@4leafsolutions.com, bruce@stusa.biz, adioconnell@gmail.com, 2bthebest@live.com, oguhchigozie@yahoo.com, DMcCaffrey@NABancard.com, bartmann21@gmail.com, SFREEDMAN@TMSOFFICE.COM, MARTIN@AMERIBANCSALES.COM, globenetms@yahoo.com, gmjones100@hotmail.com, sheins@centralbankcard.com, CHILAGE@AOL.COM, brelcom1@yahoo.com, sales@ispmint.com, renepumalopez@hotmail.com, 4dre@optonline.net, mkauahi@gmail.com)

Wire Transfer Information





Infofree.com | accounting@infofree.com |

INFOFREE000016

# Invoice



**From**

Infofree.com
11211 John Galt Blvd
Omaha, NE, 68137
United States

**To**

Total Merchant Services/North American Bank Card
21650 Oxnard St #1200
Woodland Hills, CA, 91367
United States

**Invoice No.**
116

**Date**
Dec 02 2019

**Invoice Due**
Dec 31 2019

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Infofree.com Subscriptions for TMS Partners (attn: Darren McCaffrey) - Includes Unlimited Credits | 57 | 39.95 | USD 2277.15 |

| | |
|---|---|
| Sub Total | 2,277.15 |
| **Total** | **USD2,277.15** |
| **Paid to Date** | **USD2,277.15** |
| Balance | |
| | **USD0.00** |

**Invoice Note**

Accounts : (waynej44rsm@aol.com, cjudy@tmsoffice.pro, ccuda@cox.net, pivotalpostouchscreensolutions@gmail.com, chris@totalmerchantsupplies.com, mkauahi@gmail.com, wbrown1221@hotmail.com, msa.twells@gmail.com, VINCENT@SCARDSERVICES.COM, patrick19642001@yahoo.com, chris@tmsnc.com, ccruz@ctpaymentsystems.com, moneytreewest@yahoo.com, terrytct1@gmail.com, accounts@merchantmatch.net, tmsinfo@choosemps.com, info@tmsoc.com, lane@merchantservicescenter.com, kentcomm@gmail.com, GLOBENETMS@SBCGLOBAL.NET, alex@verticalmerchantsolutions.com, henryguifarro@gmail.com, jim@natl-bankcard.com, info@carrutherscapital.com, ymonroy@nabancard.com, KEVIN@MCVISA.COM, birddogint@gmail.com, david@fbloffice.com, tomreallife@gmail.com, david@eltonfinancialservices.com, TMSOC@SBCGLOBAL.NET, CCUDA@COX.NET, bartmann21@gmail.com, SFREEDMAN@TMSOFFICE.COM, MARTIN@AMERIBANCSALES.COM, ricky@totalmerchantservices1.com, mike@4leafsolutions.com, bruce@stusa.biz, adioconnell@gmail.com, austinhess88@gmail.com, JWALTON@TOTALMERCHANTSUPPLY.COM, DMcCaffrey@NABancard.com, brelcom1@yahoo.com, sales@ispmint.com, renepumalopez@hotmail.com, 4dre@optonline.net, globenetms@yahoo.com, gmjones100@hotmail.com, 2bthebest@live.com, sganga02@aol.com, topmerchantservice@gmail.com, chris1@tmsnc.com, troy@skylinems.com, totalmerchantservices@consultant.com, sheins@centralbankcard.com, CHILAGE@AOL.COM, oguhchigozie@yahoo.com)

Wire Transfer Information



INFOFREE000017



Infofree.com | accounting@infofree.com |

INFOFREE000018

# Invoice



**From**

Infofree.com
11211 John Galt Blvd
Omaha, NE, 68137
United States

**To**

Total Merchant Services/North American Bank Card
21650 Oxnard St #1200
Woodland Hills, CA, 91367
United States

**Invoice No.**
124

**Date**
Jan 03 2020

**Invoice Due**
Jan 31 2020

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Infofree.com Subscriptions for TMS Partners (attn: Darren McCaffrey) - Includes Unlimited Credits | 57 | 39.95 | USD 2277.15 |

| | | |
|---|---|---|
| Sub Total | | 2,277.15 |
| **Total** | | **USD2,277.15** |
| **Paid to Date** | | **USD2,277.15** |
| Balance | | |
| | | **USD0.00** |

**Invoice Note**

Accounts : (waynej44rsm@aol.com, cjudy@tmsoffice.pro, ccuda@cox.net, pivotalpostouchscreensolutions@gmail.com, chris@totalmerchantsupplies.com, mkauahi@gmail.com, wbrown1221@hotmail.com, msa.twells@gmail.com, VINCENT@SCARDSERVICES.COM, patrick19642001@yahoo.com, chris@tmsnc.com, ccruz@ctpaymentsystems.com, moneytreewest@yahoo.com, terrytct1@gmail.com, accounts@merchantmatch.net, tmsinfo@choosemps.com, info@tmsoc.com, lane@merchantservicescenter.com, kentcomm@gmail.com, GLOBENETMS@SBCGLOBAL.NET, alex@verticalmerchantsolutions.com, henryguifarro@gmail.com, jim@natl-bankcard.com, info@carrutherscapital.com, ymonroy@nabancard.com, KEVIN@MCVISA.COM, birddogint@gmail.com, david@fbloffice.com, tomreallife@gmail.com, david@eltonfinancialservices.com, TMSOC@SBCGLOBAL.NET, CCUDA@COX.NET, bartmann21@gmail.com, SFREEDMAN@TMSOFFICE.COM, MARTIN@AMERIBANCSALES.COM, ricky@totalmerchantservices1.com, mike@4leafsolutions.com, bruce@stusa.biz, adioconnell@gmail.com, austinhess88@gmail.com, JWALTON@TOTALMERCHANTSUPPLY.COM, DMcCaffrey@NABancard.com, brelcom1@yahoo.com, sales@ispmint.com, renepumalopez@hotmail.com, 4dre@optonline.net, globenetms@yahoo.com, gmjones100@hotmail.com, 2bthebest@live.com, sganga02@aol.com, topmerchantservice@gmail.com, chris1@tmsnc.com, troy@skylinems.com, totalmerchantservices@consultant.com, sheins@centralbankcard.com, CHILAGE@AOL.COM, oguhchigozie@yahoo.com)

Wire Transfer Information





Infofree.com | accounting@infofree.com |

INFOFREE000020

# Invoice



**From**

Infofree.com
11211 John Galt Blvd
Omaha, NE, 68137
United States

**To**

Total Merchant Services/North American Bank Card
21650 Oxnard St #1200
Woodland Hills, CA, 91367
United States

**Invoice No.**
130

**Date**
Feb 04 2020

**Invoice Due**
Feb 29 2020

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Infofree.com Subscriptions for TMS Partners (attn: Darren McCaffrey) <br> - Includes 50k credits/user/month | 57 | 39.95 | USD 2277.15 |

| | |
|---|---|
| Sub Total | 2,277.15 |
| **Total** | **USD2,277.15** |
| **Paid to Date** | **USD2,277.15** |
| Balance | |
| | **USD0.00** |

**Invoice Note**

Accounts : (waynej44rsm@aol.com, cjudy@tmsoffice.pro, ccuda@cox.net, pivotalpostouchscreensolutions@gmail.com, chris@totalmerchantsupplies.com, mkauahi@gmail.com, wbrown1221@hotmail.com, msa.twells@gmail.com, VINCENT@SCARDSERVICES.COM, patrick19642001@yahoo.com, chris@tmsnc.com, ccruz@ctpaymentsystems.com, moneytreewest@yahoo.com, terrytct1@gmail.com, accounts@merchantmatch.net, tmsinfo@choosemps.com, info@tmsoc.com, lane@merchantservicescenter.com, kentcomm@gmail.com, GLOBENETMS@SBCGLOBAL.NET, alex@verticalmerchantsolutions.com, henryguifarro@gmail.com, jim@natl-bankcard.com, info@carrutherscapital.com, ymonroy@nabancard.com, KEVIN@MCVISA.COM, birddogint@gmail.com, david@fbloffice.com, tomreallife@gmail.com, david@eltonfinancialservices.com, TMSOC@SBCGLOBAL.NET, CCUDA@COX.NET, bartmann21@gmail.com, SFREEDMAN@TMSOFFICE.COM, MARTIN@AMERIBANCSALES.COM, ricky@totalmerchantservices1.com, mike@4leafsolutions.com, bruce@stusa.biz, adioconnell@gmail.com, austinhess88@gmail.com, JWALTON@TOTALMERCHANTSUPPLY.COM, DMcCaffrey@NABancard.com, brelcom1@yahoo.com, sales@ispmint.com, renepumalopez@hotmail.com, 4dre@optonline.net, globenetms@yahoo.com, gmjones100@hotmail.com, 2bthebest@live.com, sganga02@aol.com, topmerchantservice@gmail.com, chris1@tmsnc.com, troy@skylinems.com, totalmerchantservices@consultant.com, sheins@centralbankcard.com, CHILAGE@AOL.COM, oguhchigozie@yahoo.com)

Wire Transfer Information





Infofree.com | accounting@infofree.com |

INFOFREE000022

# Invoice



**From**

Infofree.com
11211 John Galt Blvd
Omaha, NE, 68137
United States

**To**

Total Merchant Services/North American Bank Card
21650 Oxnard St #1200
Woodland Hills, CA, 91367
United States

**Invoice No.**
137

**Date**
Mar 06 2020

**Invoice Due**
Mar 31 2020

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Infofree.com Subscriptions for TMS Partners (attn: Darren McCaffrey) - Includes 50,000 Credits/User/Month | 57 | 39.95 | USD 2277.15 |

| | |
|---|---|
| Sub Total | 2,277.15 |
| **Total** | **USD2,277.15** |
| **Paid to Date** | **USD2,277.15** |

| Balance |
|---|
| **USD0.00** |

**Invoice Note**

Accounts : (waynej44rsm@aol.com, cjudy@tmsoffice.pro, ccuda@cox.net, pivotalpostouchscreensolutions@gmail.com, chris@totalmerchantsupplies.com, mkauahi@gmail.com, wbrown1221@hotmail.com, msa.twells@gmail.com, VINCENT@SCARDSERVICES.COM, patrick19642001@yahoo.com, chris@tmsnc.com, ccruz@ctpaymentsystems.com, moneytreewest@yahoo.com, terrytct1@gmail.com, accounts@merchantmatch.net, tmsinfo@choosemps.com, info@tmsoc.com, lane@merchantservicescenter.com, kentcomm@gmail.com, GLOBENETMS@SBCGLOBAL.NET, alex@verticalmerchantsolutions.com, henryguifarro@gmail.com, jim@natl-bankcard.com, info@carrutherscapital.com, ymonroy@nabancard.com, KEVIN@MCVISA.COM, birddogint@gmail.com, david@fbloffice.com, tomreallife@gmail.com, david@eltonfinancialservices.com, TMSOC@SBCGLOBAL.NET, CCUDA@COX.NET, bartmann21@gmail.com, SFREEDMAN@TMSOFFICE.COM, MARTIN@AMERIBANCSALES.COM, ricky@totalmerchantservices1.com, mike@4leafsolutions.com, bruce@stusa.biz, adioconnell@gmail.com, austinhess88@gmail.com, JWALTON@TOTALMERCHANTSUPPLY.COM, DMcCaffrey@NABancard.com, brelcom1@yahoo.com, sales@ispmint.com, renepumalopez@hotmail.com, 4dre@optonline.net, globenetms@yahoo.com, gmjones100@hotmail.com, 2bthebest@live.com, sganga02@aol.com, topmerchantservice@gmail.com, chris1@tmsnc.com, troy@skylinems.com, totalmerchantservices@consultant.com, sheins@centralbankcard.com, CHILAGE@AOL.COM, oguhchigozie@yahoo.com)

Wire Transfer Information



INFOFREE000023



Infofree.com | accounting@infofree.com |

INFOFREE000024

# Invoice



**From**

Infofree.com
11211 John Galt Blvd
Omaha, NE, 68137
United States

**To**

Total Merchant Services/North American Bank Card
21650 Oxnard St #1200
Woodland Hills, CA, 91367
United States

**Invoice No.**
146

**Date**
May 04 2020

**Invoice Due**
May 31 2020

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Infofree.com Subscriptions for TMS Partners (attn: Darren McCaffrey) - Includes 50,000 Credits/User/Month | 57 | 39.95 | USD 2277.15 |

| | |
|---|---|
| Sub Total | 2,277.15 |
| **Total** | **USD2,277.15** |
| **Paid to Date** | **USD2,277.15** |
| Balance | |
| | **USD0.00** |

**Invoice Note**

Accounts : (waynej44rsm@aol.com, cjudy@tmsoffice.pro, ccuda@cox.net, pivotalpostouchscreensolutions@gmail.com, chris@totalmerchantsupplies.com, mkauahi@gmail.com, wbrown1221@hotmail.com, msa.twells@gmail.com, VINCENT@SCARDSERVICES.COM, patrick19642001@yahoo.com, chris@tmsnc.com, ccruz@ctpaymentsystems.com, moneytreewest@yahoo.com, terrytct1@gmail.com, accounts@merchantmatch.net, tmsinfo@choosemps.com, info@tmsoc.com, lane@merchantservicescenter.com, kentcomm@gmail.com, GLOBENETMS@SBCGLOBAL.NET, alex@verticalmerchantsolutions.com, henryguifarro@gmail.com, jim@natl-bankcard.com, info@carrutherscapital.com, ymonroy@nabancard.com, KEVIN@MCVISA.COM, birddogint@gmail.com, david@fbloffice.com, tomreallife@gmail.com, david@eltonfinancialservices.com, TMSOC@SBCGLOBAL.NET, CCUDA@COX.NET, bartmann21@gmail.com, SFREEDMAN@TMSOFFICE.COM, MARTIN@AMERIBANCSALES.COM, ricky@totalmerchantservices1.com, mike@4leafsolutions.com, bruce@stusa.biz, adioconnell@gmail.com, austinhess88@gmail.com, JWALTON@TOTALMERCHANTSUPPLY.COM, DMcCaffrey@NABancard.com, brelcom1@yahoo.com, sales@ispmint.com, renepumalopez@hotmail.com, 4dre@optonline.net, globenetms@yahoo.com, gmjones100@hotmail.com, 2bthebest@live.com, sganga02@aol.com, topmerchantservice@gmail.com, chris1@tmsnc.com, troy@skylinems.com, totalmerchantservices@consultant.com, sheins@centralbankcard.com, CHILAGE@AOL.COM, oguhchigozie@yahoo.com)

Wire Transfer Information



INFOFREE000025



Infofree.com | accounting@infofree.com |

INFOFREE000026

# Invoice



**From**

Infofree.com
11211 John Galt Blvd
Omaha, NE, 68137
United States

**To**

Total Merchant Services/North American Bank Card
21650 Oxnard St #1200
Woodland Hills, CA, 91367
United States

**Invoice No.**
IFTMS201903

**Date**
Mar 08 2019

**Invoice Due**
Mar 31 2019

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Infofree.com Subscriptions for TMS Partners - Includes Unlimited Credits | 44 | 39.95 | USD 1757.80 |

| | |
|---|---|
| Sub Total | 1,757.80 |
| **Total** | **USD1,757.80** |
| **Paid to Date** | **USD1,757.80** |

| Balance |
|---|
| **USD0.00** |

**Invoice Note**

Wire Transfer Information



---

Infofree.com | accounting@infofree.com |

**INFOFREE000027**