Exhibit C

CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

TMS_000025



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



TMS_000020

CONFIDENTIAL

TMS_000019



CONFIDENTIAL

TMS_000018





CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

TMS_000014

CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

CONFIDENTIAL

TMS_000008



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

TMS_000028



CONFIDENTIAL

CONFIDENTIAL