# Exhibit E



## Infofree.com Multi-User Subscription Agreement

| | | | |
|---|---|---|---|
| Company Name: | Total Merchant Services | Contact Name: | Yesenia Monroy |
| Company Address: | 21650 Oxnard Blvd.<br>Woodland Hills, CA 91367 | Contact Phone: | 747-888-9033 |

Effective Date:    July 1, 2018

Term:              1 Year

### Terms and Conditions

1. **Infofree.com will provide:**

   - Full access to www.infofree.com, technical support and training, as needed.
   - Unlimited download credits for all seat-holders covered under this subscription agreement.

2. **Subscriber Commitments:**

   - Subscription cost:                            $39.95 per seat per month
   - Credits included with subscriptions:          Unlimited
   - Minimum number of active seats:               10 per month

3. **Payment Schedule**
   - Infofree.com will invoice TMS on the first business day of every month.
   - Infofree.com will automatically charge the credit card on file for the invoice amount on the first business day of the month.
   - Infofree.com will waive the $99 set up fee for all TMS subscriptions.

4. **Liability**

   The maximum liability of Infofree.com and its affiliates shall not exceed the amount paid by the customer.

5. **COMPLIANCE WITH LAW**
   In performing this Agreement and in using services provided hereunder, Licensor and Licensee will comply with all Federal, State, and local statutes, regulations, and rules applicable to individual reference information in effect during the Term.

6. **ASSIGNMENT**
   Subscriber shall not assign, delegate or transfer its rights and obligations under this Agreement or any Product Schedule to a successor-in-interest without prior express written consent of the Licensor.

7. **MODIFICATION**
   No modification of this Agreement shall be binding upon the Parties unless made in writing and signed by duly authorized officers of both Parties.

INFOFREE000028

8. **GOVERNING LAW**

This Agreement shall be governed and construed and enforced in accordance with the law of the State of Nebraska, without regard to its conflict of laws principles.

9. **BINDING ARBITRATION**

Parties agree to submit any and all claims, demands, disputes, controversies, or causes of action, arising out of or relating to this Agreement, (Individually and collectively "Claims"), to binding arbitration before the American Arbitration Association (AAA).

Agreed to and Accepted By:
Total Merchant Services

*MATT HOSKINS, EVP SALES*
Name and Title

[Signature]
Signature

JULY 3, 2018
Date

Offered By:
infofree.com

*Rob Quiken, SVP Sales*
Name and Title

[Signature]
Signature

7.3.18
Date