Richard T. Drury (SBN 163559)
richard@lozeaudrury.com
Rebecca Davis (SBN 271662)
rebecca@lozeaudrury.com
LOZEAU DRURY LLP
1939 Harrison St., Suite 150
Oakland, CA 94607
Telephone: (510) 836-4200
Facsimile: (510) 836-4205

[Additional counsel appearing on signature page]

*Attorneys for Plaintiff and the Alleged Classes*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING, INC., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TOTAL MERCHANT SERVICES, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 3:19-cv-05711-EMC<br><br>**ADMINISTRATIVE MOTION TO EXTEND THE DEADLINE FOR PLAINTIFF TO FILE A REPLY IN SUPPORT OF ITS MOTION FOR CLASS CERTIFICATION**<br><br>Judge: Hon. Edward M. Chen<br>Courtroom: 5<br>Complaint Filed: September 11, 2019 |

Pursuant to Local Civil Rule 6-3, Plaintiff Abante Rooter and Plumbing, Inc. ("Plaintiff" or "Abante") respectfully requests that the Court issue an Order extending Plaintiff's deadline to file a reply in support of its motion for class certification by four (4) days. In support of the instant motion, Plaintiff states as follows:

1. Plaintiff's counsel conferred with counsel for Defendant Total Merchant Services, LLC ("Defendant" or "TMS") regarding the request for an extension. Defendant's counsel responded that Defendant does not object to the requested extension. (*See* Declaration of Taylor T. Smith ("Smith Decl."), a true and accurate copy of which is attached hereto as Exhibit A.)

2. On April 12, 2021, Plaintiff filed its motion for class certification. (Dkt. 75.)

3. Defendant TMS filed its response in opposition to Plaintiff's motion on May 10, 2021. (Dkt. 76.) TMS's opposition disputes Plaintiff's ability to satisfy every element of class

certification.

4. Plaintiff's reply in support of its motion is due within seven days of TMS's response, on or before May 17, 2021.

5. Plaintiff requests a brief four-day extension of its deadline to file reply. The additional time will permit Plaintiff to adequately research and respond to each of the arguments raised in Defendant's response.

6. Additionally, the requested extension will not require an extension of the hearing on the motion for class certification, which is presently scheduled for June 10, 2021, at 1:30 p.m.

WHEREFORE, Plaintiff respectfully requests that the Court issue an Order extending Plaintiff's deadline to file a reply in support of its motion for class certification by four (4) days until May 21, 2021.

Respectfully submitted,

Dated: May 11, 2021

**ABANTE ROOTER AND PLUMBING, INC.**, individually and on behalf of all others similarly situated,

By: /s/ *Taylor T. Smith*
     One of Plaintiff's Attorneys

Richard T. Drury (SBN 163559)
richard@lozeaudrury.com
Rebecca Davis (SBN 271662)
rebecca@lozeaudrury.com
LOZEAU DRURY LLP
1939 Harrison St., Suite 150
Oakland, CA 94607
Telephone: (510) 836-4200
Facsimile: (510) 836-4205

Steven L. Woodrow (*admitted pro hac vice*)
swoodrow@woodrowpeluso.com
Patrick H. Peluso (*admitted pro hac vice*)
ppeluso@woodrowpeluso.com
Taylor T. Smith (*admitted pro hac vice*)
tsmith@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 E. Mexico Ave., Suite 300
Denver, Colorado 80210
Tel: 720-907-7628

Attorneys for Plaintiff and the Classes

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above titled document was served upon counsel of record by filing such papers via Court's ECF system on May 11, 2021.

/s/ Taylor T. Smith