# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING, INC., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TOTAL MERCHANT SERVICES, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 3:19-cv-05711-EMC<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO EXTEND THE DEADLINE FOR PLAINTIFF TO FILE A REPLY IN SUPPORT OF ITS MOTION FOR CLASS CERTIFICATION**<br><br>Judge: Hon. Edward M. Chen<br>Courtroom: 5<br>Complaint Filed: September 11, 2019 |

Pending before the Court is Plaintiff's Administrative Motion to Extend the Deadline for Plaintiff to File a Reply in Support of its Motion for Class Certification ("Motion"). Having read and considered the Motion, the Court, being fully advised in the premises, finds as follows:

1. The Motion is **GRANTED**.

2. Plaintiff shall file a reply in support of its motion for class certification on or before May 21, 2021.

**IT IS HEREBY ORDERED.**

Dated: _____          _____
                                                                                     Hon. Edward M. Chen
                                                                                     United States District Judge

[Proposed] Order Granting Motion for Extension                               1