Richard T. Drury (SBN 163559)
richard@lozeaudrury.com
Rebecca Davis (SBN 271662)
rebecca@lozeaudrury.com
LOZEAU DRURY LLP
1939 Harrison St., Suite 150
Oakland, CA 94607
Telephone: (510) 836-4200
Facsimile: (510) 836-4205

[Additional counsel appearing on signature page]

*Attorneys for Plaintiff and the Alleged Classes*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING, INC., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TOTAL MERCHANT SERVICES, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 3:19-cv-05711-EMC<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Judge: Hon. Edward M. Chen<br>Courtroom: 5<br>Complaint Filed: September 11, 2019 |

Pursuant to Local Civil Rule 79-5 and 7-11, Plaintiff Abante Rooter and Plumbing, Inc. ("Plaintiff" or "Abante") respectfully seeks leave to file the documents described below under seal. This motion is supported by the Declaration of Patrick H. Peluso.

Civil L.R. 79-5(e) states that if the party submitting a motion to file under seal "is seeking to file under seal a document designated as confidential by the opposing party or a non-party pursuant to a protective order, or a document containing information so designated by an opposing party or a non-party, the Submitting Party's declaration in support of the Administrative Motion to File Under Seal must identify the document or portions thereof which contain the

ADMINISTRATIVE MOTION TO
FILE UNDER SEAL                                   1

designated confidential material and identify the party that has designated the material as confidential ('the Designating Party')."

Plaintiff respectfully requests that Plaintiff's Reply in Support of Motion for Class Certification (the "Motion"), page 2 n.1; page 3 lines 5-6, 13, 19-21; page 8 lines 26-27; page 9 lines 1-3; and page 14 lines 15-19 be filed under seal. These documents have been designated confidential by Defendant Total Merchant Services, LLC ("Defendant") pursuant to the stipulated protective order entered in this case (dkt. 42).

Accordingly, Plaintiff respectfully moves to file the following documents under seal in compliance with the stipulated protective order:

1. Plaintiff's Reply in Support of Motion for Class Certification, page 2 n.1; page 3 lines 5-6, 13, 19-21; page 8 lines 26-27; page 9 lines 1-3; and page 14 lines 15-19, which discuss documents and testimony that were designated as confidential by Defendant pursuant to the protective order entered in this case.

Accordingly, Plaintiff respectfully requests that the Court grant this administrative motion to seal.

Respectfully submitted,

Dated: May 21, 2021

**ABANTE ROOTER AND PLUMBING, INC.**, individually and on behalf of all others similarly situated,

By: /s/ Patrick H. Peluso
   One of Plaintiff's Attorneys

Richard T. Drury (SBN 163559)
richard@lozeaudrury.com
Rebecca Davis (SBN 271662)
rebecca@lozeaudrury.com
LOZEAU DRURY LLP
1939 Harrison St., Suite 150
Oakland, CA 94607
Telephone: (510) 836-4200
Facsimile: (510) 836-4205

Steven L. Woodrow (*admitted pro hac vice*)
swoodrow@woodrowpeluso.com
Patrick H. Peluso (*admitted pro hac vice*)

1
2
3
4
5

ppeluso@woodrowpeluso.com
Taylor T. Smith (*admitted pro hac vice*)
tsmith@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 E. Mexico Ave., Suite 300
Denver, Colorado 80210
Tel: 720-907-7628

Attorneys for Plaintiff and the Classes

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ADMINISTRATIVE MOTION TO
FILE UNDER SEAL

3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 21, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Beth-Ann Ellenberg Krimsky (*admitted pro hac vice*)
>Email: beth-ann.krimsky@gmlaw.com
>Lawren A. Zann (*admitted pro hac vice*)
>Email: lawren.zann@gmlaw.com
>Greenspoon Marder, PA
>200 East Broward Blvd.
>Suite 1800
>Fort Lauderdale, FL 33301
>954-527-2427
>Email: beth-ann.krimsky@gmlaw.com
>
>James Harold Vorhis
>Email: jvorhis@nossaman.com
>Nossaman LLP
>50 California Street
>34th Floor
>San Francisco, CA 94111
>415-398-3600
>
>*Counsel for Defendant Total Merchant Services, LLC*

                                                          */s/ Patrick H. Peluso*