Richard T. Drury (SBN 163559)
richard@lozeaudrury.com
Rebecca Davis (SBN 271662)
rebecca@lozeaudrury.com
LOZEAU DRURY LLP
1939 Harrison St., Suite 150
Oakland, CA 94607
Telephone: (510) 836-4200
Facsimile: (510) 836-4205

[Additional counsel appearing on signature page]

*Attorneys for Plaintiff and the Alleged Classes*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING, INC., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TOTAL MERCHANT SERVICES, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 3:19-cv-05711-EMC<br><br>**DECLARATION OF PATRICK H. PELUSO IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Judge: Hon. Edward M. Chen<br>Courtroom: 5<br>Complaint Filed: September 11, 2019 |

I, Patrick Peluso, on oath declare as follows:

1. I am one of the attorneys for Plaintiff Abante Rooter and Plumbing, Inc. ("Plaintiff") and the alleged Class in the above-captioned action. I am over the age of 18 and can competently testify to the matters set forth herein if called to do so.

2. I submit this declaration in support of Plaintiff's Administrative Motion to File Under Seal, pursuant to Local Rules 79-5 and 7-11.

3. Plaintiff's Reply in Support of Motion for Class Certification discusses documents and testimony that Defendant Total Merchant Services, LLC ("Defendant") has designated as

confidential pursuant to the stipulated protective order entered in this case (dkt. 42). Therefore, Plaintiff is filing portions of this document under seal in compliance with the protective order.

4. In compliance with L.R. 79-5(d)(1)(D), Plaintiff also submits unredacted versions of the following documents requested to be sealed

| Document | Portion Designated Confidential |
| --- | --- |
| Plaintiff's Reply in Support of Motion for Class Certification | Page 2 n.1; page 3 lines 5-6, 13, 19-21; page 8 lines 26-27; page 9 lines 1-3; and page 14 lines 15-19. |

Further affiant sayeth not.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed in the State of Colorado, on May 21, 2021.

By:   /s/ Patrick H. Peluso

Patrick H. Peluso
ppeluso@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0676

PELUSO DECL. ISO ADMIN.
MOTION TO FILE UNDER SEAL

2

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 21, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Beth-Ann Ellenberg Krimsky (*admitted pro hac vice*)
> Email: beth-ann.krimsky@gmlaw.com
> Lawren A. Zann (*admitted pro hac vice*)
> Email: lawren.zann@gmlaw.com
> Greenspoon Marder, PA
> 200 East Broward Blvd.
> Suite 1800
> Fort Lauderdale, FL 33301
> 954-527-2427
> Email: beth-ann.krimsky@gmlaw.com
>
> James Harold Vorhis
> Email: jvorhis@nossaman.com
> Nossaman LLP
> 50 California Street
> 34th Floor
> San Francisco, CA 94111
> 415-398-3600
>
> *Counsel for Defendant Total Merchant Services, LLC*

                                                      /s/ Patrick H. Peluso