# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING, INC., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TOTAL MERCHANT SERVICES, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 3:19-cv-05711-EMC<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Judge: Hon. Edward M. Chen<br>Courtroom: 5<br>Complaint Filed: September 11, 2019 |

Pending before the Court is Plaintiff's Administrative Motion to File Under Seal ("Motion"). Having read and considered the Motion, the Court, being fully advised in the premises, finds as follows:

1. The Motion is **GRANTED**.

2. The following documents are hereby sealed:

| Document | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Plaintiff's Reply in Support of Motion for Class Certification, page 2 n.1; page | Declaration of Patrick H. Peluso in support of | |

[Proposed] Order Granting Admin. Motion to File Under Seal

1

| 3 lines 5-6, 13, 19-21; page 8 lines 26-27; page 9 lines 1-3; and page 14 lines 15-19. | Administrative Motion to File Under Seal ¶ 3 | |

**IT IS HEREBY ORDERED**

Dated: _____          _____
                                  Hon. Edward M. Chen
                                  United States District Judge