# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING, INC., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TOTAL MERCHANT SERVICES, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 3:19-cv-05711-EMC<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendant, through their undersigned counsel, hereby stipulate and agree to the dismissal of this action in its entirety with prejudice with respect to all claims alleged by Plaintiff against Defendant, with all parties to bear their own attorneys' fees and expenses.

Fed. R. Civ. P. 41(a)(1)(A)(ii) allows the parties to stipulate to the dismissal of an action at any time. Rule 23(e) does not limit the right to stipulate to dismissal of this action because it only applies to certified classes, and no class has been certified in this matter. Likewise, the case does not involve any Receiver so as to implicate Rule 66.

Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendant agree that the action shall be dismissed in its entirety and with prejudice. Plaintiff and Defendant

1

further agree that each party is to bear its own attorney's fees and costs.

Dated: August 13, 2021   /s/ Patrick H. Peluso
                         Counsel for Plaintiff

                         Richard T. Drury (SBN: 163559)
                         Rebecca Davis (SBN 271662)
                         Lozeau Drury LLP
                         410 12th Street, Suite 250
                         Oakland, CA 94607
                         Tel: 510-836-4200
                         Richard@lozeaudrury.com
                         Rebecca@lozeaudrury.com

                         Steven L. Woodrow (*pro hac vice*)
                         Patrick H. Peluso (*pro hac vice*)
                         Taylor T. Smith (*pro hac vice*)
                         Woodrow & Peluso, LLC
                         3900 East Mexico Ave., Suite 300
                         Denver, Colorado 90210
                         Tel: 720-213-0675
                         swoodrow@woodrwopeluso.com
                         ppeluso@woodrowpeluso.com
                         tsmith@woodrowpeluso.com


Dated:  August 13, 2021  /s/  Lawren A. Zann
                         Counsel for Defendant

                         Beth-Ann E. Krimsky (*pro hac vice admission*)
                         Lawren A. Zann (*pro hac vice admission*)
                         GREENSPOON MARDER LLP
                         200 East Broward Blvd., Suite 1800
                         Fort Lauderdale, FL 33301
                         Tel: 954.527.2427
                         Fax: 954.333.4027
                         beth-ann.krimsky@gmlaw.com
                         lawren.zann@gmlaw.com

                         DATED: 8/19/2021

**GRANTED**
Judge Edward M. Chen
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

2